IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
            Plaintiff,    )
     vs.           )  CRIMINAL CASE NO.:  JKB-16-0341
                )
RONALD JONES,    )
          Defendant.    )
_____)

Thursday, September 29, 2016
Courtroom 3D
Baltimore, Maryland


BEFORE:  THE HONORABLE JAMES K. BREDAR, JUDGE


REARRAIGNMENT - SENTENCING


For the Plaintiff:

Patricia McLane, Esquire
Assistant United States Attorney

For the Defendant:

Michael Lawlor, Esquire
Nicholas Madiou, Esquire

_____


Reported By:

Douglas J. Zweizig, RDR, CRR
Federal Official Court Reporter
101 W. Lombard Street, 4th Floor
Baltimore, Maryland  21201

| 1 | P R O C E E D I N G S |
|---|---|

2        (4:07 p.m.)

3            THE COURT:  Please, Ms. McLane, you may call the case.

4            MS. McLANE:  Thank you, Your Honor.  Good afternoon.

5        Calling United States of America versus Ronald Jones,

6    Criminal No. JKB-16-0341.  Patricia McLane on behalf of the

7    United States.  We are here for a rearraignment.

8            THE COURT:  Mr. Lawlor.

9            MR. LAWLOR:  Good afternoon, Your Honor.

10   Michael Lawlor and Nicholas Madiou for Mr. Jones.  He's present

11   to my right, Your Honor.

12           MR. MADIOU:  Good afternoon, Your Honor.

13           THE COURT:  Good afternoon, sir.  You're Ronald Jones?

14           THE DEFENDANT:  Yes.  Good afternoon.

15           THE COURT:  Mr. Lawlor, Mr. Madiou, if you and your

16   client would move up, I'd be grateful.

17        A one-count indictment was returned against the

18   defendant on July 6th of this year.  The defendant entered his

19   plea of not guilty before a Magistrate Judge of the court on

20   July 22nd.  It's my understanding that today the defendant

21   wishes to change his plea on Count 1 to guilty.

22        Is that your understanding, Mr. Lawlor?

23           MR. LAWLOR:  It is.

24           THE COURT:  Mr. Jones, is that what you want to do?

25           THE DEFENDANT:  Yes.

1        **THE COURT:**  Please swear the defendant.

2        **THE CLERK:**  Good afternoon, Mr. Jones.  Please raise

3   your right hand.

4                    RONALD D. JONES, SWORN.

5        **THE CLERK:**  Thank you.

6        You may state your full name for the Court.

7        **THE DEFENDANT:**  Ronald David Jones.

8        **THE COURT:**  How old are you?

9        **THE DEFENDANT:**  20.

10       **THE COURT:**  When were you born?

11       **THE DEFENDANT:**  Baltimore.

12       **THE COURT:**  No.  When?

13       **THE DEFENDANT:**  ███96.

14       **THE COURT:**  Okay.  Thank you.

15       Have you received a copy of the indictment that was

16   returned against you in the case?

17       **THE DEFENDANT:**  Yes.

18       **THE COURT:**  Let me read it to you.

19       Count 1:  The Grand Jury for the District of Maryland

20   charges that on or about January 18th, 2016, in the District of

21   Maryland, the defendant, Ronald Jones, having been convicted of

22   a crime punishable by imprisonment for a term exceeding one

23   year, did knowingly and unlawfully possess a firearm, to wit:

24   A Gerstenberger & Eberwein .22 short-gauge revolver,

25   Serial No. 31409, and ammunition in and affecting interstate

1   commerce.

2       How did you plead to that charge, guilty or not

3   guilty?

4       **THE DEFENDANT:**  Guilty.

5       **THE COURT:**  Bear with me one second, counsel.

6       So counsel may approach.

7       We're off the record.

8     (Bench conference off the record.)

9     (The defendant conferred with counsel.)

10      **THE COURT:**  Back on the record.

11      Mr. Jones, did you hear me read that charge to you?

12      **THE DEFENDANT:**  Yes.

13      **THE COURT:**  How do you want to plead to that charge,

14  guilty or not guilty?

15      **THE DEFENDANT:**  Guilty.

16      **THE COURT:**  Mr. Jones, before I can accept your guilty

17  plea, I must ask you a number of questions and consider the

18  answers that you give me in response to those questions, so

19  please listen carefully and respond as best you are able.

20      If at any time you need to stop and speak to your

21  lawyers, just tell me.  And we will stop, and I'll allow you to

22  talk with them in private.  Okay?

23      **THE DEFENDANT:**  Yes.

24      **THE COURT:**  Do you understand that you're now under

25  oath and that if you answer any of my questions falsely, your

1  answers may be later used against you in another prosecution

2  for perjury or making a false statement?

3          **THE DEFENDANT:**  Yes.

4          **THE COURT:**  How far did you go in school?

5          **THE DEFENDANT:**  11th.

6          **THE COURT:**  Have any trouble understanding me today?

7          **THE DEFENDANT:**  No.

8          **THE COURT:**  Been treated recently for any mental

9  illness or drug addiction or alcohol addiction?

10         **THE DEFENDANT:**  No.  No.

11         **THE COURT:**  Are you currently under the influence of

12  any drug or medicine or alcohol?

13         **THE DEFENDANT:**  No.

14         **THE COURT:**  Mr. Lawlor, is there any question in your

15  mind as to whether or not your client is competent to proceed

16  today?

17         **MR. LAWLOR:**  No, Your Honor.

18         **THE COURT:**  Mr. Jones, have you fully discussed the

19  charges in the indictment and the case in general with your

20  lawyers, Mr. Lawlor and Mr. Madiou?

21         **THE DEFENDANT:**  Yes.

22         **THE COURT:**  Are you fully satisfied with the legal

23  representation that you've received from them?

24         **THE DEFENDANT:**  Yes.

25         **THE COURT:**  Do you believe that these lawyers have

1    given you good advice?

2              THE DEFENDANT:  Yes.

3              THE COURT:  Do you believe that these lawyers have

4    been zealous and effective legal advocates on your behalf?

5              THE DEFENDANT:  Repeat that.

6              THE COURT:  Do you feel like these lawyers have been

7    zealous -- that means, you know, working hard --

8              THE DEFENDANT:  Yes.

9              THE COURT:  -- and effective legal advocates on your

10   behalf?

11             THE DEFENDANT:  Yes.

12             THE COURT:  Do you believe they've been fightin' for

13   you?

14             THE DEFENDANT:  Yes.

15             THE COURT:  For a long time in this case, you were

16   represented by an Assistant Federal Public Defender named

17   Katherine Newberger; right?

18             THE DEFENDANT:  Yes.

19             THE COURT:  And Ms. Newberger was representing you up

20   until just a few weeks ago; right?

21             THE DEFENDANT:  Yes.

22             THE COURT:  Then it became necessary for her to

23   withdraw from representing you in this case.  I don't want to

24   know about whatever particular stuff she told you about that.

25   But you know that that's true, right, and she explained to you

1  that she had to withdraw?

2        **THE DEFENDANT:**  Yes.

3        **THE COURT:**  Okay.  And then after that the

4  Court appointed Mr. Lawlor, Mr. Madiou to represent you and to

5  pick up the representation after her; right?

6        **THE DEFENDANT:**  Yes.

7        **THE COURT:**  But they haven't been representing you for

8  very long.  Just a few weeks; right?

9        **THE DEFENDANT:**  Yes.

10       **THE COURT:**  I just want to make sure that you're fine

11 with this arrangement and that you feel like, first from

12 Ms. Newberger, but most importantly now from Mr. Lawlor and

13 Mr. Madiou, that you have received good legal representation

14 and all the legal representation that you need in this matter.

15       **THE DEFENDANT:**  Yes.

16       **THE COURT:**  A minute ago I asked you whether you'd

17 fully discussed the charge in the indictment and the case in

18 general with your lawyer.  I just want to elaborate on that by

19 saying:  Have you had enough time --

20       **THE DEFENDANT:**  Yes.

21       **THE COURT:**  -- with these lawyers to talk this thing

22 through so that you are confident of their advice and are ready

23 to go forward today, even though --

24       **THE DEFENDANT:**  Yes.

25       **THE COURT:**  -- they began representing you only very

1    recently?

2             THE DEFENDANT:  Yes.

3             THE COURT:  Do you need any more time to talk to these

4    lawyers before we go ahead?

5             THE DEFENDANT:  No.

6             THE COURT:  Mr. Lawlor, you've heard my interaction

7    with your client.  Do you have any concerns at all with respect

8    to the amount of time that you, Mr. Madiou have had to prepare,

9    to counsel your client, to reflect with him on his best options

10   here?

11            MR. LAWLOR:  No, I don't, particularly given the

12   amount of time that I know Ms. Newberger I know also spent with

13   him discussing some of the same things that Mr. Madiou and I

14   discussed with him.

15            THE COURT:  So as far as you're concerned, he is fully

16   informed and ready to go forward today?

17            MR. LAWLOR:  Yes, he is.

18            THE COURT:  Thank you.

19            Ms. McLane, Mr. Lawlor, I understand that there is a

20   plea agreement in the case; is that right?

21            MR. LAWLOR:  Yes.

22            MS. McLANE:  That's correct, Your Honor.

23            THE COURT:  It will be marked as the

24   Government's Exhibit No. 1.

25            Everyone, please turn over to Page 7.

1        Ms. McLane, you signed the plea agreement there and

2   bound the Government to its terms; is that it?

3        **MS. McLANE:**  That's correct, Your Honor.

4        **THE COURT:**  Mr. Jones, would you please read to me the

5   paragraph that comes right before your signature on that same

6   page.

7        **THE DEFENDANT:**  [Reading]:  I have read this

8   agreement, including the sealed supplement, and carefully

9   reviewed every part of it with my attorney.  I understand it

10  and I voluntarily agree to it.  Specifically, I have reviewed

11  the facial [sic] and advisory guidelines, stipulations with my

12  attorney, and I do not wish to change any part of it.  I am

13  completely satisfied with the representation of my attorney.

14       **THE COURT:**  Is that your statement, Mr. Jones?

15       **THE DEFENDANT:**  Yes.

16       **THE COURT:**  Is it true?

17       **THE DEFENDANT:**  Yes.

18       **THE COURT:**  Did you sign right afterwards to indicate

19  you adopt it?

20       **THE DEFENDANT:**  Yes.

21       **THE COURT:**  Mr. Lawlor, did you sign this plea

22  agreement as well after the standard statement for defense

23  counsel in this context?

24       **MR. LAWLOR:**  Yes, Your Honor.

25       **THE COURT:**  Mr. Jones, did you have a full and

1  complete opportunity to read and discuss the plea agreement

2  with your lawyer, Mr. Lawlor --

3      **THE DEFENDANT:**  Yes.

4      **THE COURT:**  -- before you signed it?

5      **THE DEFENDANT:**  Yes.

6      **THE COURT:**  Have you fully reviewed each and every

7  term of the plea agreement with Mr. Lawlor?

8      **THE DEFENDANT:**  Yes.

9      **THE COURT:**  Do you understand your plea agreement?

10     **THE DEFENDANT:**  Yes.

11     **THE COURT:**  Under the terms of the plea agreement, I

12 understand that you've agreed to plead guilty to Count 1.  I

13 further understand that the Government has agreed that it will

14 not otherwise prosecute the defendant in relation to the

15 matters that are referred to in the indictment.

16     I also understand that the Government has agreed that

17 it will recommend that the Court impose a sentence in this case

18 of no more than 60 months of incarceration.

19     **MR. LAWLOR:**  No, Your Honor.

20     **THE COURT:**  That's the agreement I read.

21     **MS. McLANE:**  Yes.  Actually, Your Honor, there's been

22 a slight modification.  We actually both agreed to a number.

23     **THE COURT:**  Oh, all right.  So are there other

24 alterations and differences between the document that is now

25 before the Court as Court Exhibit No. 1 and the version that

1    the Government supplied the Court with in advance of the plea,

2    which is what I will tell you in candor I used to prepare for

3    this proceeding?

4            **MS. McLANE:**  Yes.  Yes, Your Honor, there are.  There

5    are on Page 4, the written terms of the factual and advisory

6    guidelines.

7            **THE COURT:**  All right.  Let me read this.  Yes, this

8    is different.

9            Okay.  So let's review the terms of this plea

10   agreement one more time.

11           Striking what I said a minute ago, under the terms of

12   the plea agreement, I understand, Mr. Jones, that you've agreed

13   to plead guilty to Count 1.  I further understand that the

14   Government has agreed that they will not otherwise prosecute

15   Mr. Jones in relation to the activities that are referred to in

16   the indictment.

17           I also understand that the Government and the

18   defendant have jointly agreed that they will come together and

19   recommend a sentence to the Court, a nonbinding recommendation,

20   but nonetheless a joint recommendation, and that recommendation

21   is that the Court impose sentence of 30 months' incarceration.

22           The sealed supplement to the plea agreement is also a

23   part of the agreement.  We will discuss the sealed supplement

24   separately under seal.

25           Have I correctly stated the plea agreement,

1    Ms. McLane?

2          **MS. McLANE:**  Yes, Your Honor.

3          **THE COURT:**  Mr. Lawlor?

4          **MR. LAWLOR:**  Yes, Your Honor.

5          **THE COURT:**  Mr. Jones, most importantly, have I

6    correctly said what your plea agreement is?

7          **THE DEFENDANT:**  Yes.

8          **THE COURT:**  Do you agree that the Government's

9    Exhibit No. 1, together with the sealed supplement, sets out

10   the entire agreement that you've made with the Government and

11   that there are no other agreements or promises that have been

12   made?

13         **THE DEFENDANT:**  Yeah.

14         **THE COURT:**  Has anybody made any promises or --

15         **THE DEFENDANT:**  No.

16         **THE COURT:**  -- assurances to you that are not in the

17   plea agreement or the sealed supplement to try to get you to

18   plead guilty and take this deal?

19         **THE DEFENDANT:**  No, sir.

20         **THE COURT:**  Has anybody made any threats or used any

21   force or violence against you or someone close to you in order

22   to --

23         **THE DEFENDANT:**  No, sir --

24         **THE COURT:**  -- persuade you to accept this agreement?

25         **THE DEFENDANT:**  No, sir.

1   **THE COURT:**  Do you understand that the Court's not a

2   party to the agreement; that the deal you've got is with the

3   Government, not with me?

4   **THE DEFENDANT:**  Yeah.

5   **THE COURT:**  Do you understand that to the extent the

6   terms of the plea agreement allow the parties to make

7   sentencing recommendations to the Court -- and there is a

8   sentencing recommendation in this case.  Do you understand that

9   while I will carefully consider that recommendation, I can

10  reject that recommendation without permitting you to withdraw

11  your plea of guilty?

12  **THE DEFENDANT:**  Yes.

13  **THE COURT:**  Do you understand that I may impose a

14  sentence that's more severe than that which you may be

15  expecting?

16  **THE DEFENDANT:**  Yes.

17  **THE COURT:**  Are you pleading guilty of your own free

18  will because you are guilty?

19  **THE DEFENDANT:**  Yes.

20  **THE COURT:**  The offense to which you're proposing to

21  plead guilty is a felony offense.  If I accept your guilty

22  plea, you will be adjudged guilty of that offense.  That

23  adjudication may deprive you of valuable civil rights, such as

24  the right to vote, the right to hold public office, the right

25  to serve on a jury, the right to obtain or keep certain

1  benefits like student loans or public housing, the right to

2  obtain certain permits and licenses, and the right to possess

3  any kind of firearm.

4          Do you understand that you may lose all of those

5  rights if you plead guilty?

6          **THE DEFENDANT:**  Yes.

7          **THE COURT:**  Immigration status advisement necessary,

8  Ms. McLane?

9          **MS. McLANE:**  No, Your Honor.

10         **THE COURT:**  Mr. Lawlor, do you --

11         **MR. LAWLOR:**  No, Your Honor.

12         **THE COURT:**  -- believe your client is a U.S. citizen?

13         **MR. LAWLOR:**  Correct.

14         **THE COURT:**  We're not ACCA.

15         Maximum possible penalty for this offense is ten years

16  in prison.  Is that your understanding, Ms. McLane?

17         **MS. McLANE:**  Yes, it is, Your Honor.

18         **THE COURT:**  Mr. Lawlor?

19         **MR. LAWLOR:**  Yes, Your Honor.

20         **THE COURT:**  Mr. Jones, do you understand the maximum

21  penalty for this case is ten years in prison?

22         **THE DEFENDANT:**  Yes.

23         **THE COURT:**  Do you understand that if you're ordered

24  incarcerated, then as a part of your sentence, you will be

25  ordered to serve a term of supervised release with a maximum

1   term of three years after you're released from incarceration?

2       **THE DEFENDANT:**  Yes.

3       **THE COURT:**  Do you understand that while you're on

4   supervised release, you'll be subject to supervision and that

5   you'll be required to comply with certain conditions?

6       **THE DEFENDANT:**  Yes.

7       **THE COURT:**  Do you understand that if you violate the

8   terms and conditions of supervised release, that you could be

9   returned to prison for a term that may be as great as the term

10  of supervised release, and that upon return to prison, you may

11  not be given credit for your street time?

12      **THE DEFENDANT:**  Yes.

13      **THE COURT:**  Do you understand that you may be required

14  to pay a fine of the maximum amount of $250,000 as an

15  additional consequence if your guilty plea is accepted?

16      **THE DEFENDANT:**  Yes.

17      **THE COURT:**  Do you understand that the Court may also

18  order you to pay restitution to any victim of your offense?

19      **THE DEFENDANT:**  Yes.

20      **THE COURT:**  Forfeiture, Ms. McLane?

21      **MS. McLANE:**  Yes, Your Honor; the gun in question.

22      **THE COURT:**  Do you understand that the Court may

23  require you to forfeit certain property to the United States

24  Government if your guilty plea is accepted, specifically the

25  firearm -- is it named in the indictment?

1      **MS. McLANE:**  Yes, Your Honor.

2      **THE COURT:**  -- the firearm that's named in the

3  indictment in this case -- together with any ammunition,

4  Ms. McLane?

5      **MS. McLANE:**  Yes, there is, Your Honor.

6      **THE COURT:**  -- and together with any ammunition?  Do

7  you understand about all that, Mr. Jones?

8      **THE DEFENDANT:**  Yes.

9      **THE COURT:**  And do you agree to that?

10     **THE DEFENDANT:**  Yes.

11     **THE COURT:**  Do you understand that if you're currently

12  on probation, parole, or supervised release or if you were at

13  the time of the offense to which you're pleading guilty, you

14  may be subject to the imposition of additional incarceration

15  for violation of that probation, parole, or supervised release

16  in the Court that imposed that sanction in the first place as a

17  result of your conviction in this case in this court?

18     **THE DEFENDANT:**  Yes.

19     **THE COURT:**  Are you backing up any time -- Mr. Lawlor,

20  is he backing up time?

21     **MR. LAWLOR:**  Yes, Your Honor.

22     **THE COURT:**  How much and where?

23     **MR. LAWLOR:**  Circuit Court for Baltimore City, one

24  year.  It was a one-year suspended sentence.

25     **THE COURT:**  Ms. McLane, do you agree?

1         **MS. McLANE:**  Yes, Your Honor.

2         **THE COURT:**  Do you know about that, Mr. Jones?

3         **THE DEFENDANT:**  Yes.

4         **THE COURT:**  So you understand that court, that judge,

5    they -- I'm not in charge of them.

6         **THE DEFENDANT:**  Yes.

7         **THE COURT:**  And they're going to do what they're going

8    to do.  That's not what's going on here today.  But if you

9    plead guilty in this case and get convicted in this case, that

10   might trigger more time over there.

11        **THE DEFENDANT:**  Yes.

12        **THE COURT:**  Do you understand that you must pay a

13   special assessment of $100 if your guilty plea is accepted?

14        **THE DEFENDANT:**  Yes.

15        **THE COURT:**  Do you understand that the Court may order

16   you to provide notice of your conviction to certain third

17   parties, including victims, if your guilty plea is accepted?

18        **THE DEFENDANT:**  Yes.

19        **THE COURT:**  Do you understand all these possible

20   consequences of your guilty plea?

21        **THE DEFENDANT:**  Yes.

22        **THE COURT:**  Your sentence will be determined by the

23   Court after consulting the United States Sentencing Guidelines,

24   which are advisory, after considering possible departures from

25   those guidelines as permitted in federal sentencing laws and

 1    after considering other sentencing factors that are set out in

 2    Title 18 of United States Code, Section 3553(a).

 3            Have you and your lawyer talked about how the

 4    sentencing guidelines might apply in your case?

 5            **THE DEFENDANT:**  Yes.

 6            **THE COURT:**  Your lawyer, the Government's lawyer, and

 7    you in this plea agreement document all tell me that the base

 8    offense level for your offense is 14; that some enhancements

 9    apply that would raise that to 18; that everybody agrees that

10    three levels should come off to reflect acceptance of

11    responsibility -- that brings us down to 15; and that that's

12    where your offense level ends up, Offense Level 15.

13            They also tell me that everybody is of the view that

14    your criminal history category is Roman numeral III.

15            Was there a pre-plea?

16            **MR. LAWLOR:**  There was not, Your Honor.

17            **THE COURT:**  How did we get there?  That's just not

18    that hard of a computation.

19            Ms. McLane?

20            **MS. McLANE:**  Well, Your Honor, he has one previous

21    conviction.  He's on probation.  And then he has one prior

22    juvenile conviction as well.

23            **THE COURT:**  So what is that, six.

24            **MS. McLANE:**  No.  That would be one to four.

25            **THE COURT:**  You said a previous conviction.

1      **MS. McLANE:**  No.  I'm sorry.  Two.  I'm sorry.  It

2  would be a five.

3      **MR. LAWLOR:**  Five points, Criminal History

4  Category III.

5      **THE COURT:**  Yes; but how do we get there?  Is the

6  prior a three-pointer or a two-pointer?

7      **MR. LAWLOR:**  One for burglary as an adult conviction,

8  two for being on supervision, and either one or two for

9  qualifying juvenile adjudication.

10      **THE COURT:**  A four or a five is what you're saying?

11      **MS. McLANE:**  Correct.

12      **MR. LAWLOR:**  Four or five.

13      **THE COURT:**  Mr. Jones, do you understand that the

14  Court will not be able to finally determine the guidelines

15  range for your case until after the presentence report has been

16  completed --

17      **THE DEFENDANT:**  Yes.

18      **THE COURT:**  -- and after you and the Government have

19  had an opportunity to challenge the computation, the reported

20  facts, and the proposed application of the guidelines by the

21  Probation Department?

22      **THE DEFENDANT:**  Yes.

23      **THE COURT:**  Do you understand that any criminal

24  history you may have will affect the computation of the

25  sentencing guidelines in your case?

1          **THE DEFENDANT:**  Yes.

2          **THE COURT:**  Do you understand that in addition to

3   considering the sentencing guidelines and any departures from

4   the guidelines, that under 18 United States Code,

5   Section 3553(a), the Court will apply additional factors set

6   out there and then may impose a sentence that is either greater

7   or lesser than that specified by the sentencing guidelines and

8   any departures thereunder?

9          **THE DEFENDANT:**  Yes.

10         **THE COURT:**  Do you understand that the sentence

11   ultimately imposed may be different from any estimate that your

12   lawyer may have provided to you?

13         **THE DEFENDANT:**  Yes.

14         **THE COURT:**  Do you understand that parole has been

15   abolished in the federal system and that if you are sentenced

16   to a term of incarceration, you will not be released on parole?

17         **THE DEFENDANT:**  Yes.

18         **THE COURT:**  Do you understand that ordinarily when a

19   person is convicted of an offense in Federal Court, they have

20   the right to appeal that conviction?

21         **THE DEFENDANT:**  Yes.

22         **THE COURT:**  Do you understand that the person also

23   ordinarily has the right to appeal the sentence that's imposed

24   on them?

25         **THE DEFENDANT:**  Yes.

1    **THE COURT:**  I'm told by the parties -- well, I'd

2    better check this as well.  Did you alter this from the earlier

3    version?

4         **MS. McLANE:**  No, Your Honor.

5         **THE COURT:**  Okay.  So I'm told by you and the parties,

6    you and the lawyers, that as part of the plea agreement in this

7    case, you agree to waive or give up your right to appeal your

8    conviction; is that right?

9         **THE DEFENDANT:**  Yes.

10        **THE COURT:**  You also waive or give up your right to

11   appeal your sentence unless I impose a sentence of more than

12   five years; is that right?

13        **THE DEFENDANT:**  Yes.

14        **THE COURT:**  Do you understand that you're not required

15   to plead guilty in this case?

16        **THE DEFENDANT:**  Yes.

17        **THE COURT:**  Do you understand that you have the right

18   to plead not guilty to any offense charged against you and to

19   persist in that not guilty plea?

20        **THE DEFENDANT:**  Yes.

21        **THE COURT:**  Do you understand that if you pled not

22   guilty, you would then have the right to a trial by a jury?

23        **THE DEFENDANT:**  Yes.

24        **THE COURT:**  Do you understand that your lawyer and the

25   Government's lawyer would assist me in selecting 12 members of

1    the community, would be brought into this courtroom, seated in

2    this jury box over here to your left, and who would serve as

3    your jury?

4         **THE DEFENDANT:**  Yes.

5         **THE COURT:**  Do you understand that at trial, you would

6    be presumed to be innocent and that the Government would be

7    required to prove your guilt beyond a reasonable doubt to the

8    unanimous satisfaction of the jury and that if the Government

9    couldn't do that, you couldn't be convicted in this case?

10        **THE DEFENDANT:**  Yes.

11        **THE COURT:**  Ms. Smith.

12        Next question:  Do you understand that at trial and in

13   every other critical stage in the proceedings in your case,

14   you're entitled to the assistance of a competent attorney to

15   assist you, to advise you, to represent you, and to advocate

16   for you?

17        **THE DEFENDANT:**  Yes.

18        **THE COURT:**  Do you understand that if you could not

19   afford an attorney, one will be appointed to represent you at

20   no cost to you?

21        **THE DEFENDANT:**  Yes.

22        **THE COURT:**  In fact, that already happened in this

23   case.  And Mr. Lawlor and Mr. Madiou have been appointed to

24   represent you, and you haven't had to pay them anything; right?

25        **THE DEFENDANT:**  Yes.

1     **THE COURT:**  And Ms. Newberger was appointed before

2  that, and you didn't have to pay her anything either, did you?

3     **THE DEFENDANT:**  No.

4     **THE COURT:**  Do you understand that during your trial,

5  you would have the right to see and hear all of the witnesses

6  and that you and your lawyer would be permitted to question or

7  cross-examine all of the witnesses testifying against you?

8     **THE DEFENDANT:**  Yes.

9     **THE COURT:**  Do you understand that you would have the

10  right to present the testimony of your own witnesses; and if

11  those witnesses would not come to court voluntarily, you would

12  be permitted to subpoena them and force them to come to court?

13     **THE DEFENDANT:**  Yes.

14     **THE COURT:**  Do you understand that you would have the

15  right to testify yourself during your trial?

16     **THE DEFENDANT:**  Yes.

17     **THE COURT:**  Do you understand that you would also have

18  the right to decline to testify and that if you did so decline,

19  the fact that you did not testify during your trial could not

20  be held against you in any way?

21     **THE DEFENDANT:**  Yes.

22     **THE COURT:**  In fact, do you understand that if you

23  elected to present no defense at all at trial, that could not

24  be held against you?

25     **THE DEFENDANT:**  Yes.

1      **THE COURT:**  Do you understand that if you were

2 convicted after a trial, you could appeal that conviction to a

3 higher court?

4      **THE DEFENDANT:**  Yes.

5      **THE COURT:**  Do you understand that after you enter a

6 plea of guilty, if that plea is accepted by the Court, there

7 will be no trial and you will have waived or given up your

8 right to trial, as well as the other rights associated with the

9 trial as I've just described them?

10      **THE DEFENDANT:**  Yes.

11      **THE COURT:**  You've indicated that you intend to plead

12 guilty to Count 1 of the indictment, and I want to review with

13 you now what we call the essential elements of that charge.

14 These are the things that the Government would have to prove in

15 order for you to be convicted in the case.

16      First, the Government would have to prove that this

17 misconduct occurred on or about January 18th, 2016.

18      Second, they'd have to prove that the misconduct

19 occurred at least in part in the District of Maryland.

20      Third, they'd have to prove that you were convicted of

21 a crime punishable by imprisonment for a term exceeding one

22 year.

23      Fourth, they'd have to prove that you knowingly

24 possessed a firearm.

25      And, fifth, they'd have to prove that the firearm had

 1     traveled in or affected interstate commerce.

 2          Do you understand that these are the essential

 3     elements of the offense and that if the Government could not

 4     prove each and every one of these elements beyond a reasonable

 5     doubt to the unanimous satisfaction of the jury, you could not

 6     be convicted on that count?

 7          **THE DEFENDANT:**  Yes.

 8          **THE COURT:**  Before I can accept your guilty plea, I

 9     must be satisfied that there's a factual basis for it.

10          Please turn your attention to the document labeled

11     Attachment A or Page 8 of the plea agreement.  It's actually at

12     the back of the plea agreement.

13          Have you got that document in front of you?

14          Do you see that?

15          **THE DEFENDANT:**  Yes.

16          **THE COURT:**  Okay.  Well, first question actually goes

17     to Ms. McLane.

18          Ms. McLane, you signed this document and thereby gave

19     the Court your good-faith representation that, if called upon

20     to do so, you could prove these facts at trial?

21          **MS. McLANE:**  That's correct, Your Honor.

22          **THE COURT:**  All right.  Mr. Jones, so read to me the

23     paragraph that comes right before your signature on this

24     document.

25          **THE DEFENDANT:**  [Reading]:  I have read this statement

1  of facts and carefully reviewed every part of it with my

2  attorney.  I understand and I voluntarily agree to it.  I do

3  not wish to change any part of it.

4          **THE COURT:**  Is that your statement?

5          **THE DEFENDANT:**  Yes.

6          **THE COURT:**  Is it true?

7          **THE DEFENDANT:**  Yes.

8          **THE COURT:**  You signed afterwards to indicate you

9  adopt that?

10          **THE DEFENDANT:**  Yes.

11          **THE COURT:**  Mr. Lawlor, you signed the statement of

12  facts as well, representing that you've reviewed it with your

13  client --

14          **MR. LAWLOR:**  Yes, Your Honor.

15          **THE COURT:**  -- and that you believe his decision to

16  sign it is a voluntary one?

17          **MR. LAWLOR:**  Correct.

18          **THE COURT:**  Ms. McLane, you may proffer your factual

19  basis for the plea of guilty.

20          **MS. McLANE:**  Thank you, Your Honor.

21          Had the United States gone to trial, we would have

22  proven that on January 18th, 2016, approximately 1 o'clock,

23  Baltimore City officers were driving in the 3000 block of

24  Presstman Street.  At that time they saw Mr. Jones notice their

25  car and began to run into a corner convenience store.  One of

1    the officers jumped out of the car and followed the defendant

2    into the store.

3            There was video camera in the store which would show

4    that as the defendant entered the store, he placed an item on a

5    Lazy Susan.  The clerk is seen shimmying that Lazy Susan.

6            The defendant then looks around for an alternate exit.

7    Finding none, he proceeds back to the door he came into, at

8    which time the officer took him into custody.

9            The officer went to the clerk.  And on the Lazy Susan,

10   he found a gun and also a bag of drugs.

11           He was arrested -- Mr. Jones was arrested.  And after

12   giving his Miranda rights, he stated, "The gun is not mine.

13   I'm just holding it for someone."

14           The Government would also show that prior to

15   January 18th, 2016, the defendant had been convicted of a crime

16   punishable by more than one year of imprisonment and his civil

17   rights had not been restored.

18           The firearm that was recovered by the officer in the

19   Lazy Susan would be identified as a Gerstenberger & Eberwein

20   .22 short-gauge revolver with Serial No. 31409.  There would be

21   testimony from experts that would state that the firearm was

22   deemed operable and, therefore, satisfied the definition of a

23   firearm pursuant to 18 U.S.C., 921(3)(a), as it would expel a

24   projectile by the action of an explosive.

25           There would be further testimony from a nexus expert

1 stating that the firearm was manufactured in Germany; and,

2 therefore, the firearm did travel interstate and affect the

3 interstate commerce of Maryland -- of this state before it was

4 recovered in this state.  All these events did occur in the

5 District of Maryland.

6        **THE COURT:**  So, Mr. Jones, if there was a trial in

7 this case, could the Government prove those facts?

8        **THE DEFENDANT:**  What was that?

9        **THE COURT:**  So if there was a trial in the case, okay,

10 and the Government brought their evidence in, their testimony,

11 their exhibits and so forth, do you believe that --

12        **THE DEFENDANT:**  Yes.

13        **THE COURT:**  -- the Government could prove their case

14 against you along the lines that Ms. McLane just outlined?

15        **THE DEFENDANT:**  Yes.

16        **THE COURT:**  This statement, Attachment A to the plea

17 agreement, is it true?

18        **THE DEFENDANT:**  Yes.

19        **THE COURT:**  Okay.  In conducting proceedings under

20 Rule 11 of the Federal Rules of Criminal Procedure in every

21 case, this Court proceeds to an in camera segment, the

22 transcript of which is sealed, in order to determine the

23 content of the sealed supplement to the plea agreement.

24        This portion of the proceedings is sealed, and the

25 record shall remain sealed until I order otherwise.

1           We will clear the courtroom at this point.  Anyone who

2  is not a direct participant in the proceeding must step out of

3  the courtroom.  While the courtroom is being cleared, I'll make

4  a record on the identities of the persons who remain.

5      (It is the policy of this court that every guilty plea and

6  sentencing proceeding include a bench conference concerning

7  whether the defendant is or is not cooperating.)

8           **THE COURT:**  We're back on an open record.

9           Mr. Jones, do you understand that if I accept your

10 guilty plea -- well, let me ask this question:  Given the

11 position of the parties with respect to the jointly recommended

12 sentence, does the Government wish to proceed to sentencing

13 today without a presentence report?

14          **THE DEFENDANT:**  Yes.

15          **MS. McLANE:**  That would be fine with the Government,

16 Your Honor.

17          **THE COURT:**  Mr. Lawlor?

18          **MR. LAWLOR:**  That will be fine with us as well, Your

19 Honor.

20          **THE COURT:**  All right.  That's how we will proceed.

21          So before we get to that point, Mr. Jones, I have to

22 finish up this part of it first.

23          I went through with you a long series of questions;

24 right?

25          **THE DEFENDANT:**  Yeah.

1          THE COURT:  I asked you questions; you gave me
2    answers.
3          THE DEFENDANT:  Yes.
4          THE COURT:  We've been doing that for about half an
5    hour now; right?
6          THE DEFENDANT:  Yes.
7          THE COURT:  It's kind of long; right?
8          THE DEFENDANT:  Yes.
9          THE COURT:  The reason I've been doing that, though,
10   is to make sure that I believe that you understand your
11   rights --
12         THE DEFENDANT:  Yeah.
13         THE COURT:  -- that you know what you're charged with,
14   that you know what the maximum penalties are, that you know
15   that you can plead not guilty and have a trial, how that trial
16   would be conducted, what the rules would be.
17         I've talked to you about the sentencing law.  I've
18   talked to you about your appellate rights.  I've talked to you
19   about your relationship with your own lawyers.
20         THE DEFENDANT:  Yes.
21         THE COURT:  I've made sure that you're thinking
22   straight here today.
23         THE DEFENDANT:  Yes.
24         THE COURT:  We've covered a lot of ground; right?
25         THE DEFENDANT:  Yes.

1    **THE COURT:**  But now you have satisfied me that you do

2    know what you're doing and that you do understand your rights.

3    **THE DEFENDANT:**  Yeah.

4    **THE COURT:**  So I'm ready to circle back to where I

5    started and ask you again in a second how you plead.  This

6    time, though, when I ask you and you answer me, your answer is

7    for keeps.  It's irrevocable.

8    **THE DEFENDANT:**  Right.  I plead guilty.

9    **THE COURT:**  Yes, I guess you do.  Hold on for just a

10   second.  Do you understand what I mean when I say, "This is

11   it"?

12   **THE DEFENDANT:**  Yes.

13   **THE COURT:**  All right.  How do you plead, then, to

14   Count 1, guilty or not guilty?

15   **THE DEFENDANT:**  Guilty.

16   **THE COURT:**  It's the finding of the Court in this case

17   of the United States versus Ronald Jones that the defendant is

18   fully competent and capable of entering an informed plea; that

19   the defendant is aware of the nature of the charges and the

20   consequences of the guilty plea; and that the guilty plea is a

21   knowing and voluntary plea supported by an independent basis in

22   fact containing each of the essential elements of the offense.

23   The plea is, therefore, accepted and the defendant is

24   now adjudged guilty of that offense.

25   Ms. McLane, are there any victims of this offense

```
 1    present today?  And if so, do they wish to be heard?

 2            MS. McLANE:  There are none, Your Honor.

 3            THE COURT:  We'll move to sentencing.

 4            Just to affirm your position one more time,

 5    Ms. McLane, is the Government ready to proceed to sentencing?

 6            MS. McLANE:  Yes, Your Honor.

 7            THE COURT:  Mr. Lawlor, is the defendant ready to

 8    proceed to sentencing?

 9            MR. LAWLOR:  Yes, Your Honor.

10            THE COURT:  There is no presentence report in this

11    case because the defendant expressly on the record, with advice

12    of counsel, waived preparation of a presentence report; is that

13    true, Mr. Lawlor?

14            MR. LAWLOR:  It is.

15            THE COURT:  Mr. Jones, have you had an adequate

16    opportunity to discuss with your lawyer the option of having a

17    presentence report prepared and reviewed by the Court before

18    you're sentenced in this case?

19            THE DEFENDANT:  Yes.

20            THE COURT:  And do you want to have a presentence

21    report?  Or do you want to waive it, give it up?

22            THE DEFENDANT:  No.

23            THE COURT:  You want to waive it?

24            THE DEFENDANT:  Yes.

25            THE COURT:  All right.  And, Mr. Lawlor, are you --
```

1  you've had an adequate opportunity to discuss this matter with

2  your client?

3       **MR. LAWLOR:**  Yes, I have.

4       **THE COURT:**  First, we will compute the Federal

5  Sentencing Guidelines in the case.  The Court adopts the

6  computation of the sentencing guidelines that is set out in the

7  plea agreement.

8       Let's see.  We had a base offense level of 14.

9       How did we get to the 18, Ms. McLane?

10       **MS. McLANE:**  Your Honor, there were drugs also.  So

11  that would be under that provision that it was being used in

12  the furtherance of another felony, which I believe that that's

13  an accurate statement of what the four is, but that's what the

14  bump is for.

15       **THE COURT:**  Okay.  And so your view is that that

16  warranted a four-level increase under the appropriate specific

17  offense characteristic?

18       **MS. McLANE:**  That is correct, Your Honor.

19       **THE COURT:**  Agreed, Mr. Lawlor?

20       **MR. LAWLOR:**  Yes.

21       **THE COURT:**  That brings us to 18.  Three levels come

22  off to reflect acceptance of responsibility.  That brings us to

23  15.

24       Is there a stipulation between the two sides that the

25  criminal history computation yields a score of either four or

1   five points, placing the defendant in Criminal History

2   Category III?

3         Ms. McLane, is that your stipulation?

4         **MS. McLANE:**  Yes, Your Honor.

5         **THE COURT:**  Mr. Lawlor, is that yours?

6         **MR. LAWLOR:**  Yes.

7         **THE COURT:**  I find, then, that the defendant is

8   ultimately at Offense Level 15, Criminal History Category III,

9   with a guidelines range, then, of 24 to 30 months of

10  incarceration.

11        Are there any requests for a departure, Ms. McLane?

12        **MS. McLANE:**  No, Your Honor.

13        **THE COURT:**  Mr. Lawlor?

14        **MR. LAWLOR:**  No, Your Honor.

15        **THE COURT:**  I find that no departures are appropriate.

16        That, then, is the final computation of the sentencing

17  guidelines in the case.

18      (It is the policy of this court that every guilty plea and

19  sentencing proceeding include a bench conference concerning

20  whether the defendant is or is not cooperating.)

21        **THE COURT:**  Again, are there any victims that wish to

22  address the Court?

23        Ms. McLane?

24        **MS. McLANE:**  No, Your Honor.

25        **THE COURT:**  Ms. McLane, do you wish to be heard on

1   which sentence should be imposed upon the defendant?

2          **MS. McLANE:**  Your Honor, just very briefly.

3          Your Honor, the Government could have charged

4   Mr. Jones with a 924(c), subjecting him to a five-year

5   mandatory minimum.  Given his age, the Government did not feel

6   that that was appropriate.

7          And then in further discussions with Mr. Lawlor,

8   that's how we came to the upper level of the guidelines rather

9   than the lower end.  It is the Government's hope, though, in

10  acknowledging that this young man does not deserve five years,

11  that the Court would follow the recommendation in order to give

12  Mr. Jones a second chance.

13         **THE COURT:**  Thank you.

14         Mr. Lawlor, I'll hear from you next.  Your client will

15  have the last word.

16         **MR. LAWLOR:**  Court's indulgence, please.

17         **THE COURT:**  Yes.

18      (The defendant conferred with counsel.)

19         **MR. LAWLOR:**  Thank you, Your Honor.

20         **THE COURT:**  Mr. Lawlor?

21         **MR. LAWLOR:**  Your Honor, just to sort of follow up on

22  the Government's side, my concern for Mr. Jones is that while

23  his record is not the worst the Court has seen at his age, I

24  think he's on a very dangerous trajectory.

25         I do think, Your Honor, that his acceptance of

1   responsibility here and his incarceration and the sentence that

2   the parties are jointly recommending here would permit him to

3   have an opportunity to sort of consider, though, the future arc

4   of his life, because this is a very dangerous path for him.

5           Your Honor might --

6           **THE COURT:**  Your client is how old?

7           **MR. LAWLOR:**  He's 20, Your Honor.  You might notice

8   that he has a disability in one of his eyes.

9           **THE COURT:**  Yes.

10          **MR. LAWLOR:**  And that is the result of being shot in

11  the head.

12          **THE COURT:**  When did that happen?

13          **MR. LAWLOR:**  When you were 14?

14          **THE DEFENDANT:**  16.

15          **MR. LAWLOR:**  16.

16          **THE COURT:**  Did that just mess up your eye or anything

17  else?

18          **THE DEFENDANT:**  My eye and PSTD [sic].

19          **MR. LAWLOR:**  PTSD.

20          **THE COURT:**  PTSD.

21          **MR. LAWLOR:**  There's also, Your Honor, because he was

22  given painkillers, there was a -- an addiction or at least the

23  habitual use that resulted from that.

24          **THE COURT:**  Yes.

25          **MR. LAWLOR:**  So, you know, I mean, I know I'm sort of

1   preaching to the choir here about the danger of the combination

2   of drugs and guns and youth in the city.  But, you know, I'll

3   be candid here.  I fear for Mr. Jones a little bit.

4          So I do hope, Your Honor, that a period of

5   incarceration, a period of supervised release will provide him

6   with the opportunity to obtain further education and other

7   services that he might not otherwise get.

8          Sometimes my clients -- while I don't like seeing any

9   of my clients go to prison, sometimes I do think that their

10  entrance into the court system can provide them with services

11  that they might not otherwise qualify for.

12         **THE COURT:**  So your client strikes the Court as a

13  candidate for RDAP.  He wouldn't get any benefit from it

14  because of the gun crime in terms of time off of the sentence,

15  but he might get a whole lot of benefit from it in terms of

16  some of the issues you're talking about.

17         **MR. LAWLOR:**  I agree, Your Honor.

18         **THE COURT:**  Do you want me to recommend it?

19         **MR. LAWLOR:**  Please.

20         **THE COURT:**  Anything else, Mr. Lawlor?

21         **MR. LAWLOR:**  One moment, Your Honor.

22         **THE COURT:**  Yes.

23      (The defendant conferred with counsel.)

24         **MR. LAWLOR:**  There is one other thing, Your Honor.  We

25  did -- we were able to -- I should say, candidly, Ms. Newberger

1   was able to obtain the records from DJS.  We had referenced the

2   adjudication there, and there was a commitment.

3           And I'll say Mr. Jones really excelled there.  So one

4   of the things I'm asking the Court to do is recommend to the

5   Bureau of Prisons that he be placed at Fort Dix, because they

6   have an HVAC program that he's interested in there.

7           So he does have a desire to learn and better his life.

8   And as I've said, I hope that this confluence of circumstances

9   will permit that.

10          **THE COURT:**  Ms. Smith, RDAP.

11          **THE CLERK:**  Yes.

12          **THE COURT:**  Fort Dix.

13          **THE CLERK:**  Yes.

14          **THE COURT:**  The HVAC -- what do they call it? --

15   vocational educational program at Fort Dix in particular.

16          **THE CLERK:**  Yes.

17          **THE COURT:**  Thank you, ma'am.

18          **THE CLERK:**  You're welcome.

19          **THE COURT:**  All right.  Anything else from you,

20   Mr. Lawlor, before I turn to your client?

21          **MR. LAWLOR:**  No, Your Honor.

22          **THE COURT:**  Mr. Jones, you have the absolute right to

23   address the Court before sentence is imposed on you.  You're

24   not required to speak.  But if you want to speak, it's your

25   right to.  And I am eager to hear from you.

1          THE DEFENDANT:  No, sir.  I don't want to speak.

2          THE COURT:  All right.  So I've got to tell that you

3     I've heard a lot of fact patterns about guns in the city.  I

4     never heard this one before.  You can like go into a shop and

5     give them the gun under the security glass, and they might hold

6     it for you?

7          THE DEFENDANT:  No.

8          THE COURT:  It was just something you came up with

9     right on the spot?

10         MR. LAWLOR:  He was just stashing it, Your Honor.

11         THE COURT:  Yes, I know.

12         So there's nothing more than that?  It's not that

13    somebody --

14         MR. LAWLOR:  They weren't -- I don't think they were

15    complicit.

16         THE COURT:  Yes.  You know exactly what I'm saying.

17         MR. LAWLOR:  No, I don't think that's the case.

18         THE COURT:  All right.  Not that that would reflect

19    poorly on Mr. Jones or any more poorly; that's just an

20    interesting new circumstance that I hadn't heard about before

21    if that service is being provided in the city.  Doesn't sound

22    like it was that intentional, though.  No?

23         THE DEFENDANT:  No.

24         THE COURT:  It was just something you thought of at

25    the last second?

1          **THE DEFENDANT:**  Yeah.

2          **THE COURT:**  All right.  Okay.

3          In sentencing the defendant, I'm required to apply the

4    factors that are set out.  At 18 United States Code,

5    Section 3553(a), there are eight factors.  I will apply each

6    one of them now.

7          The first is the history and characteristics of the

8    defendant.  The defendant has a prior criminal history that

9    includes one juvenile adjudication and one adult conviction.

10         The defendant apparently has a minor disability

11   associated with a prior gunshot wound to the head.

12         The defendant apparently may suffer from posttraumatic

13   stress disorder.

14         Mr. Lawlor, do you want that brought to the attention

15   of the Bureau of Prisons?

16         **MR. LAWLOR:**  Actually, Your Honor, to that end, the

17   probation officer said that she could do a supplemental report

18   even if we did go to sentencing today, and that might follow

19   him to the Bureau of Prisons.

20         **THE COURT:**  They will absolutely do a supplemental

21   report for sure.

22         **MR. LAWLOR:**  I would make that request because I would

23   like that information to go to the Bureau of Prisons.

24         **THE COURT:**  All right.  If you want, I will also

25   specifically note that in my recommendations section of the

1    judgment.

2              MR. LAWLOR:  Please do.

3              THE COURT:  Ms. Smith, then the last recommendation is

4    that the Court -- is that the defendant receive counseling and

5    treatment in relation to posttraumatic stress disorder

6    associated with his prior gunshot injury.

7              THE CLERK:  Okay.

8              THE COURT:  Thank you.

9              THE CLERK:  You're welcome.

10             THE COURT:  The second factor for the Court to take

11   into account is the nature and circumstances of the offense.  I

12   find that this is a very routine felon in possession of a

13   firearm case coming off of a street in Baltimore City where the

14   defendant was detected to be carrying a gun.

15             Third factor to take into account is the seriousness

16   of the offense, the need to promote respect for the law, and

17   the need to provide just punishment.

18             So, you know, some cases it's harder, some cases it's

19   easier to explain why young people who have prior felony

20   records run in the street with a gun.  It's a serious matter.

21             This, I would think, is sort of an easier one to

22   explain, Mr. Jones, in particular, because you yourself got

23   shot once and know how bad that is.

24             So the law forbids people who have been convicted of a

25   crime from having a gun, because the purpose and the objective

1    is to try to stop so many people from getting shot, because

2    getting shot is serious.

3              You would agree with that; right?

4              **THE DEFENDANT:**  Yes.

5              **THE COURT:**  So this offense is serious.  Because you

6    previously were convicted of an offense, you were barred from

7    having the gun.  We're talking about Baltimore where we have a

8    homicide rate that is through the roof and a non-homicide

9    shooting rate that is almost equally disturbing.

10             So by definition, it's a serious matter.

11             The fourth factor to take into account is the need for

12   deterrence, both specific and general.  And a term of

13   incarceration must be imposed in this case to achieve both of

14   those objectives; that is, the deterrence of Mr. Jones himself

15   from engaging in this sort of misconduct in the future and to

16   send a message to the wider community that felons who pick up

17   guns and continue to possess them and carry them, if caught,

18   are going to federal prison for some significant period.

19   That's to protect the public.

20             Fifth factor to take into account is the explicit need

21   to protect the public.  Obviously, I've already just addressed

22   that.

23             The sixth factor is the need to avoid unwarranted

24   sentencing disparities among defendants with similar records

25   and culpability.  I've consulted the guidelines which are

1   prepared with this objective in mind.  I've also reflected on

2   other sentences imposed on other defendants in similar

3   circumstances in crafting the sentence in this case.

4          The need to provide the defendant with training and

5   treatment -- training or treatment is the seventh factor.  I

6   find that he needs treatment for sure.

7          What's his educational situation, Mr. Lawlor?  11th?

8   Did he ever get the GED?

9          **MR. LAWLOR:**  He didn't get the GED yet.  I think

10  Bureau of Prisons requires that, Your Honor.

11         **THE COURT:**  Yes.  So another recommendation,

12  Ms. Smith, and that is that the defendant progress to his GED

13  while incarcerated.

14         **THE CLERK:**  Yes.

15         **THE COURT:**  I find that he needs both training and

16  treatment.  He could receive it while locked up; he could

17  receive it while he was out.  So it doesn't really inform the

18  decision about whether to incarcerate him.

19         The last factor, the eighth factor is the advice of

20  the Federal Sentencing Guidelines, which I have expressly noted

21  is that the defendant be incarcerated for a term of between 24

22  and 30 months.  And I have considered that in crafting the

23  sentence in this case.

24         The sentence that is sufficient but not greater than

25  necessary to comply with the purposes set out in 18 U.S.C.,

1   Section 3553(a)(2), on Count 1 is 30 months of incarceration,

2   to be followed by three years on supervised release.

3          There are special terms and conditions of supervised

4   release.

5          First, that the defendant receive mental health

6   treatment and counseling while under supervision.

7          Second, that the defendant receive drug counseling and

8   drug treatment while under supervision and, of course, that the

9   defendant not possess or use any illegal drug while under

10  supervision.

11         Third, that the defendant make progress toward and

12  achieve his GED while under supervision if he did not achieve

13  his GED while incarcerated.

14         I find the defendant has no ability to pay a fine.  No

15  fine is ordered.

16         I find the defendant -- that no restitution is owing.

17  None is ordered.

18         The forfeiture request is granted.  I take it that the

19  Government will submit a formal motion and order relating to

20  forfeiture --

21         **MS. McLANE:**  Yes.  Thank you, Your Honor.

22         **THE COURT:**  -- in the next 24 hours, please.

23         And the Court will sign that without objection from

24  the defendant; right, Mr. Lawlor?

25         **MR. LAWLOR:**  Correct, Your Honor.

```
 1          THE COURT:  Special assessment in the amount of $100
 2   is mandatory.  It will be ordered.
 3          The Court has already noted the recommendations that
 4   it is making to the Bureau of Prisons.  All of those will be
 5   included in the judgment.
 6          This sentence falls within the guidelines range and is
 7   appropriate in light of the sentencing guidelines and all of
 8   the factors set out in Title 18 of United States Code,
 9   Section 3553(a).
10          Counts to be dismissed, Ms. McLane?  I don't think
11   there are any.
12          MS. McLANE:  There aren't any, Your Honor.  Thank you.
13          THE COURT:  Mr. Jones, you can appeal your conviction
14   if you believe that your guilty plea was somehow unlawful or
15   involuntary or if there's some other fundamental defect in the
16   proceeding that was not waived by your guilty plea.
17          You may also appeal your sentence if you believe that
18   it is unlawful.
19          Before filing any appeal, you and your lawyer should
20   consider whether you waived any or all of your appellate rights
21   when you entered into your plea agreement.
22          If you wish to appeal, you must file a notice of your
23   intention to do so in this Court within 14 days of today.
24          Do you understand that deadline?
25          THE DEFENDANT:  Yes.
```

1      **THE COURT:**  Then the defendant, I take it, was

2  previously ordered detained on the Government's motion; is that

3  correct, Ms. McLane?

4      **MS. McLANE:**  That's correct, Your Honor.

5      **THE COURT:**  I take it that the defendant does not

6  today request release and does not request voluntary surrender;

7  correct, Mr. Lawlor?

8      **MR. LAWLOR:**  Correct, Your Honor.

9      **THE COURT:**  Voluntary surrender is denied.  The

10  defendant shall remain in custody under the terms of the

11  detention order previously entered until he is delivered to the

12  place -- the designated place of incarceration.

13      A judgment and commitment order will be prepared.

14      A statement of reasons will be prepared.

15      These records, together with other appropriate records

16  of the sentencing, will be filed with the

17  U.S. Sentencing Commission and the U.S. Bureau of Prisons.

18      Anything else that we can productively address today,

19  Ms. McLane?

20      **MS. McLANE:**  No.  Thank you, Your Honor.

21      **THE COURT:**  Mr. Lawlor?

22      **MR. LAWLOR:**  Your Honor, one other issue.  I think the

23  Bureau of Prisons will take care of this, but this case did

24  originate in the Circuit Court for Baltimore City.  And I think

25  there were only about two days of custody there.

1        I just don't know if I need to confirm that and

2   forward that information to Your Honor for inclusion on the

3   judgment or if we can trust that the Bureau of Prisons will

4   correctly calculate that.

5        **THE COURT:**  The easiest way is just to make sure that

6   you tell the probation officer about it, but the probation

7   officer may ask for documentation --

8        **MR. LAWLOR:**  That's no problem.  I can take care of

9   that.

10       **THE COURT:**  -- before he or she is willing to include

11  that in the report.

12       **MR. LAWLOR:**  I'll do that, then.

13       **THE COURT:**  All right.  And then generally when that

14  is in the jacket that arrives at the BOP, they'll make the

15  computation.

16       **MR. LAWLOR:**  Very good, Your Honor.

17       **THE COURT:**  You have to make a point in there, though,

18  that it was not credited against any other sentence.

19       **MR. LAWLOR:**  Yes.

20       **THE COURT:**  Okay.  Anything else, Mr. Lawlor?

21       **MR. LAWLOR:**  No, Your Honor.

22       **THE COURT:**  Defendant is remanded to the custody of

23  the marshal.

24            Counsel are excused.

25            Court is in recess.  Thank you.

1          (Court adjourned at 4:57 p.m.)

2

3

4      I, Douglas J. Zweizig, RDR, CRR, do hereby certify that

5   the foregoing is a correct transcript from the stenographic

6   record of proceedings in the above-entitled matter.

7                        _____/s/_____

8
                          Douglas J. Zweizig, RDR, CRR
9                         Registered Diplomate Reporter
                          Certified Realtime Reporter
10                        Federal Official Court Reporter

11                        DATE:  February 12, 2017

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$100 [2]   17/13 45/1
$250,000 [1]   15/14

**.**

.22 [2]   3/24 27/20

**/**

/s [1]   48/7

**0**

0341 [2]   1/4 2/6

**1**

1 o'clock [1]   26/22
101 [1]   1/24
11 [1]   28/20
11th [2]   5/5 43/7
12 [2]   21/25 48/11
14 [4]   18/8 33/8 36/13 45/23
15 [4]   18/11 18/12 33/23 34/8
16 [2]   36/14 36/15
18 [7]   18/2 18/9 20/4 33/9
 33/21 40/4 45/8
18 U.S.C [2]   27/23 43/25
18th [4]   3/20 24/17 26/22 27/15

**2**

20 [2]   3/9 36/7
2016 [5]   1/8 3/20 24/17 26/22
 27/15
2017 [1]   48/11
21201 [1]   1/25
22nd [1]   2/20
24 [3]   34/9 43/21 44/22
29 [1]   1/8

**3**

30 [4]   11/21 34/9 43/22 44/1
3000 [1]   26/23
31409 [2]   3/25 27/20
3553 [5]   18/2 20/5 40/5 44/1
 45/9
3D [1]   1/8

**4**

4:07 [1]   2/2
4:57 [1]   48/1
4th [1]   1/24

**6**

60 [1]   10/18
6th [1]   2/18

**9**

921 [1]   27/23
924 [1]   35/4
96 [1]   3/13

**:**

:   I [1]   25/25

**A**

ability [1]   44/14
able [4]   4/19 19/14 37/25 38/1
abolished [1]   20/15
about [19]   3/20 6/24 6/24 16/7
 17/2 18/3 24/17 30/4 30/17
 30/18 30/19 37/1 37/16 39/3
 39/20 42/7 43/18 46/25 47/6
above [1]   48/6
above-entitled [1]   48/6

absolute [1]   38/22
absolutely [1]   48/20
ACCA [1]   14/14
accept [5]   4/16 12/24 13/21
 25/8 29/9
acceptance [3]   18/10 33/22
 35/25
accepted [6]   15/15 15/24 17/13
 17/17 24/6 31/23
account [4]   41/11 41/15 42/11
 42/20
accurate [1]   33/13
achieve [3]   42/13 44/12 44/12
acknowledging [1]   35/10
action [1]   27/24
activities [1]   11/15
actually [5]   10/21 10/22 25/11
 25/16 40/16
addiction [2]   5/9 5/9 36/22
addition [1]   20/2
additional [3]   15/15 16/14 20/5
address [3]   34/22 38/23 46/18
addressed [1]   42/21
adequate [2]   32/15 33/1
adjourned [1]   48/1
adjudged [2]   13/22 31/24
adjudication [4]   13/23 19/9
 38/2 40/9
adopt [2]   9/19 26/9
adopts [1]   33/5
adult [2]   19/7 40/9
advance [1]   11/1
advice [4]   6/1 7/22 32/11 43/19
advise [1]   22/15
advisement [1]   14/7
advisory [3]   9/11 11/5 17/24
advocate [1]   22/15
advocates [2]   6/4 6/9
affect [2]   19/24 28/2
affected [1]   25/1
affecting [1]   3/25
affirm [1]   32/4
afford [1]   22/19
after [12]   7/3 7/5 9/22 15/1
 17/23 17/24 18/1 19/15 19/18
 24/2 24/5 27/11
afternoon [6]   2/4 2/9 2/12 2/13
 2/14 3/2
afterwards [2]   9/18 26/8
again [2]   31/5 34/21
against [10]   2/17 3/16 5/1
 12/21 21/18 23/7 23/20 23/24
 28/14 47/18
age [2]   35/5 35/23
ago [3]   6/20 7/16 11/11
agree [8]   9/10 12/8 16/9 16/25
 21/7 26/2 37/17 42/3
agreed [8]   10/12 10/13 10/16
 10/22 11/12 11/14 11/18 33/19
agreement [28]   8/20 9/1 9/8
 9/22 10/1 10/7 10/9 10/11 10/20
 11/10 11/12 11/22 11/23 11/25
 12/6 12/10 12/17 12/24 13/2
 13/6 18/7 21/6 25/11 25/12
 28/17 28/23 33/7 45/21
agreements [1]   12/11
agrees [1]   18/9
ahead [1]   8/4
alcohol [2]   5/9 5/12
all [25]   7/14 8/7 10/23 11/7
 14/4 16/7 17/19 18/7 23/5 23/7
 23/23 25/22 28/4 29/20 31/13

32/25 38/19 39/2 39/18 40/2
 40/3 45/4 45/5 45/15 47/13
allow [2]   4/21 13/6
almost [1]   42/9
along [1]   28/14
already [3]   22/22 42/21 45/3
also [16]   8/12 10/16 11/7
 11/22 15/17 18/13 20/22 21/10
 23/17 27/10 27/14 33/10 36/21
 40/24 43/1 45/17
alter [1]   21/2
alterations [1]   10/24
alternate [1]   27/6
am [2]   9/12 38/25
AMERICA [2]   1/3 2/5
ammunition [3]   3/25 16/3 16/6
among [1]   42/24
amount [4]   8/8 8/12 15/14 45/1
another [3]   5/1 33/12 43/11
answer [3]   4/25 31/6 31/6
answers [3]   4/18 5/1 30/2
any [36]   4/20 4/25 5/6 5/8 5/12
 5/14 8/3 8/7 9/12 12/14 12/20
 12/20 14/3 15/18 16/3 16/6
 16/19 19/23 20/3 20/8 20/11
 21/18 23/20 26/3 31/25 34/11
 34/21 37/8 37/13 39/19 44/9
 45/11 45/12 45/19 45/20 47/18
anybody [2]   12/14 12/20
Anyone [1]   29/1
anything [7]   22/24 23/2 36/16
 37/20 38/19 46/18 47/20
apparently [2]   40/10 40/12
appeal [9]   20/20 20/23 21/7
 21/11 24/2 45/13 45/17 45/19
 45/22
appellate [2]   30/18 45/20
application [1]   19/20
apply [5]   18/4 18/9 20/5 40/3
 40/5
appointed [4]   7/4 22/19 22/23
 23/1
approach [1]   4/6
appropriate [5]   33/16 34/15
 35/6 45/7 46/15
approximately [1]   26/22
arc [1]   36/3
are [37]   2/7 3/8 4/19 5/11 5/22
 7/22 7/22 10/15 10/23 11/4 11/5
 11/15 12/11 12/16 13/17 13/18
 16/19 17/24 18/1 20/15 24/14
 25/2 30/14 31/25 32/2 32/25
 34/11 34/15 34/21 36/2 40/4
 40/5 42/18 42/25 44/3 45/11
 47/24
aren't [1]   45/12
around [1]   27/6
arrangement [1]   7/11
arrested [2]   27/11 27/11
arrives [1]   47/14
as [29]   4/19 5/15 8/15 8/15
 8/23 9/22 10/25 13/23 14/24
 15/9 15/9 15/14 16/16 17/25
 18/22 19/7 21/2 21/6 22/2 24/8
 24/8 24/9 26/12 27/4 27/19
 27/23 29/18 37/12 38/8
ask [5]   4/17 29/10 31/5 31/6
 47/7
asked [2]   7/16 30/1
asking [1]   38/4
assessment [2]   17/13 45/1
assist [2]   21/25 22/15

**A**

assistance [1]  22/14
Assistant [2]  1/16 6/16
associated [3]  24/8 40/11 41/6
assurances [1]  12/16
Attachment [2]  25/11 28/16
Attachment A [2]  25/11 28/16
attention [2]  25/10 40/14
attorney [7]  1/16 9/9 9/12 9/13
 22/14 22/19 26/2
avoid [1]  42/23
aware [1]  31/19

**B**

back [5]  4/10 25/12 27/7 29/8
 31/4
backing [2]  16/19 16/20
bad [1]  41/23
bag [1]  27/10
Baltimore [8]  1/9 1/25 3/11
 16/23 26/23 41/13 42/7 46/24
Baltimore City [4]  16/23 26/23
 41/13 46/24
barred [1]  42/6
base [2]  18/7 33/8
basis [3]  25/9 26/19 31/21
be [56]
Bear [1]  4/5
became [1]  6/22
because [11]  13/18 32/11 36/4
 36/21 37/14 38/5 40/22 41/22
 41/25 42/1 42/5
been [16]  3/21 5/8 6/4 6/6 6/12
 7/7 10/21 12/11 19/15 20/14
 22/23 27/15 27/17 30/4 30/9
 41/24
before [19]  1/11 2/19 4/16 8/4
 9/5 10/4 10/25 23/1 25/8 25/23
 28/3 29/21 32/17 38/20 38/23
 39/4 39/20 45/19 47/10
began [2]  7/25 26/25
behalf [3]  2/6 6/4 6/10
being [5]  19/8 29/3 33/11 36/10
 39/21
believe [10]  5/25 6/3 6/12
 14/12 26/15 28/11 30/10 33/12
 45/14 45/17
bench [3]  4/8 29/6 34/19
benefit [2]  37/13 37/15
benefits [1]  14/1
best [2]  4/19 8/9
better [2]  21/2 38/7
between [3]  10/24 33/24 43/21
beyond [2]  22/7 25/4
bit [1]  37/3
block [1]  26/23
BOP [1]  47/14
born [1]  3/10
both [4]  10/22 42/12 42/13
 43/15
bound [1]  9/2
box [1]  22/2
BREDAR [1]  1/11
briefly [1]  35/2
brings [3]  18/11 33/21 33/22
brought [2]  22/1 28/10 40/14
bump [1]  33/14
Bureau [9]  38/5 40/15 40/19
 40/23 43/10 45/4 46/17 46/23
 47/3
burglary [1]  19/7

**C**

calculate [1]  47/4
call [3]  2/3 24/13 38/14
called [1]  25/19
Calling [1]  2/5
came [3]  27/7 35/8 39/8
camera [2]  27/3 28/21
can [10]  4/16 13/9 25/8 30/15
 37/10 39/4 45/13 46/18 47/3
 47/8
candid [1]  37/3
candidate [1]  37/13
candidly [1]  37/25
candor [1]  11/2
capable [1]  31/18
car [2]  26/25 27/1
care [2]  46/23 47/8
carefully [4]  4/19 9/8 13/9
 26/1
carry [1]  42/17
carrying [1]  41/14
case [39]  1/4 2/3 3/16 5/19
 6/15 6/23 7/17 8/20 10/17 13/8
 14/21 16/3 16/17 17/9 17/9 18/4
 19/15 19/25 21/7 21/15 22/9
 22/13 22/23 24/15 28/7 28/9
 28/13 28/21 31/16 32/11 32/18
 33/5 34/17 39/17 41/13 42/13
 43/3 43/23 46/23
cases [2]  41/18 41/18
category [4]  18/14 19/4 34/2
 34/8
Category III [3]  19/4 34/2 34/8
category is [1]  18/14
caught [1]  42/17
certain [5]  13/25 14/2 15/5
 15/23 17/16
Certified [1]  48/9
certify [1]  48/4
challenge [1]  19/19
chance [1]  35/12
change [2]  2/21 9/12 26/3
characteristic [1]  33/17
characteristics [1]  40/7
charge [6]  4/2 4/11 4/13 7/17
 17/5 24/13
charged [3]  21/18 30/13 35/3
charges [3]  3/20 5/19 31/19
check [1]  21/2
choir [1]  37/1
circle [1]  31/4
Circuit [2]  16/23 46/24
Circuit Court [2]  16/23 46/24
circumstance [1]  39/20
circumstances [3]  38/8 41/11
 43/3
citizen [1]  14/12
city [7]  16/23 26/23 37/2 39/3
 39/21 41/13 46/24
civil [2]  13/23 27/16
clear [1]  29/1
cleared [1]  29/3
clerk [2]  27/5 27/9
client [11]  2/16 5/15 8/7 8/9
 14/12 26/13 33/2 35/14 36/6
 37/12 38/20
clients [2]  37/8 37/9
close [1]  12/21
Code [4]  18/2 20/4 40/4 45/8
combination [1]  37/1
come [5]  11/18 18/10 23/11

23/12 33/21
come [2]  37/5 25/23
coming [1]  41/13
commerce [3]  4/1 25/1 28/3
Commission [1]  46/17
commitment [2]  38/2 46/13
community [2]  22/1 42/16
competent [3]  5/15 22/14 31/18
complete [1]  10/1
completed [1]  19/16
completely [1]  9/13
complicit [1]  39/15
comply [2]  15/5 43/25
computation [7]  18/18 19/19
 19/24 33/6 33/25 34/16 47/15
compute [1]  33/4
concern [1]  35/22
concerned [1]  8/15
concerning [2]  29/6 34/19
concerns [1]  8/7
conditions [3]  15/5 15/8 44/3
conducted [1]  30/16
conducting [1]  28/19
conference [3]  4/8 29/6 34/19
conferred [3]  4/9 35/18 37/23
confident [1]  7/22
confirm [1]  47/1
confluence [1]  38/8
consequence [1]  15/15
consequences [2]  17/20 31/20
consider [4]  4/17 13/9 36/3
 45/20
considered [1]  43/22
considering [3]  17/24 18/1 20/3
consulted [1]  42/25
consulting [1]  17/23
containing [1]  31/22
content [1]  28/23
context [1]  9/23
continue [1]  42/17
convenience [1]  26/25
convicted [11]  3/21 17/9 20/19
 22/9 24/2 24/15 24/20 25/6
 27/15 41/24 42/6
conviction [11]  16/17 17/16
 18/21 18/22 18/25 19/7 20/20
 21/8 24/2 40/9 45/13
cooperating [2]  29/7 34/20
copy [1]  3/15
corner [1]  26/25
correct [13]  8/22 9/3 14/13
 19/11 25/21 26/17 33/18 44/25
 46/3 46/4 46/7 46/8 48/5
correctly [3]  11/25 12/6 47/4
cost [1]  22/20
could [14]  15/8 22/18 23/19
 23/23 24/2 25/3 25/5 25/20 28/7
 28/13 35/3 40/17 43/16 43/16
couldn't [2]  22/9 22/9
counsel [9]  4/5 4/6 4/9 8/9
 9/23 32/12 35/18 37/23 47/24
counseling [3]  41/4 44/6 44/7
count [2]  2/17 2/21 3/19 10/12
 11/13 24/12 25/6 31/14 44/7
Counts [1]  45/10
course [1]  44/8
court [50]
Court appointed [1]  7/4
Court's [2]  13/1 35/16
courtroom [5]  1/8 22/1 29/1
 29/3 29/3
covered [1]  30/24

## C

crafting [2]   43/3 43/22
credit [1]   15/11
credited [1]   47/18
crime [5]   3/22 24/21 27/15
 37/14 41/25
criminal [10]   1/4 2/6 18/14
 19/3 19/23 28/20 33/25 34/1
 34/8 40/8
critical [1]   22/13
cross [1]   23/7
cross-examine [1]   23/7
CRR [3]   1/23 48/4 48/8
culpability [1]   42/25
currently [2]   5/11 16/11
custody [4]   27/8 46/10 46/25
 47/22

## D

danger [1]   37/1
dangerous [2]   35/24 36/4
DATE [1]   48/11
David [1]   3/7
days [2]   45/23 46/25
deadline [1]   45/24
deal [2]   12/18 13/2
decision [2]   26/15 43/18
decline [2]   23/18 23/18
deemed [1]   27/22
defect [1]   45/15
defendant [47]   1/5 1/17 2/18
 2/18 2/20 3/1 3/21 4/9 10/14
 11/18 27/1 27/4 27/6 27/15 29/7
 31/17 31/19 31/23 32/7 32/11
 34/1 34/7 34/20 35/1 35/18
 37/23 40/3 40/8 40/8 40/10
 40/12 41/4 41/14 43/4 43/12
 43/21 44/5 44/7 44/9 44/11
 44/14 44/16 44/24 46/1 46/5
 46/10 47/22
defendants [2]   42/24 43/2
Defender [1]   6/16
defense [2]   9/22 23/23
definition [2]   27/22 42/10
delivered [1]   46/11
denied [1]   46/9
Department [1]   19/21
departure [1]   34/11
departures [4]   17/24 20/3 20/8
 34/15
deprive [1]   13/23
described [1]   24/9
deserve [1]   35/10
designated [1]   46/12
desire [1]   38/7
detained [1]   46/2
detected [1]   41/14
detention [1]   46/11
determine [2]   19/14 28/22
determined [1]   17/22
deterrence [2]   42/12 42/14
did [23]   3/23 4/2 4/11 5/4 9/18
 9/21 9/25 18/17 21/2 23/2 23/18
 23/19 28/2 28/4 33/9 35/5 36/12
 36/16 37/25 40/18 43/8 44/12
 46/23
didn't [2]   23/2 43/9
differences [1]   10/24
different [2]   11/8 20/11
Diplomate [1]   48/9
direct [1]   29/2

## E

disability [2]   36/8 40/10
disgust [4]   19/13 21/22 35/25
 35/1
discussed [3]   5/18 7/17 8/14
discussing [1]   8/13
discussions [1]   35/7
dismissed [1]   45/10
disorder [2]   40/13 41/5
disparities [1]   42/24
DISTRICT [6]   1/1 1/1 3/19 3/20
 24/19 28/5
disturbing [1]   42/9
DIVISION [1]   1/2
Dix [3]   38/5 38/12 38/15
DJS [1]   38/1
do [87]
document [6]   10/24 18/7 25/10
 25/13 25/18 25/24
documentation [1]   47/7
does [5]   29/12 35/10 38/7 46/5
 46/6
doesn't [2]   39/21 43/17
doing [3]   30/4 30/9 31/2
don't [8]   6/23 8/11 37/8 39/1
 39/14 39/17 45/10 47/1
door [1]   27/7
doubt [2]   22/7 25/5
Douglas [3]   1/23 48/4 48/8
down [1]   18/11
driving [1]   26/23
drug [5]   5/9 5/12 44/7 44/8
 44/9
drugs [3]   27/10 33/10 37/2
during [3]   23/4 23/15 23/19

## E

each [4]   10/6 25/4 31/22 40/5
eager [1]   38/25
earlier [1]   21/2
easier [2]   41/19 41/21
easiest [1]   47/5
Eberwein [2]   3/24 27/19
education [1]   37/6
educational [2]   38/15 43/7
effective [2]   6/4 6/9
eight [1]   40/5
eighth [1]   43/19
either [4]   19/8 20/6 23/2 33/25
elaborate [1]   7/18
elected [1]   23/23
elements [4]   24/13 25/3 25/4
 31/22
else [5]   36/17 37/20 38/19
 46/18 47/20
end [2]   35/9 40/16
ends [1]   18/12
engaging [1]   42/15
enhancements [1]   18/8
enough [1]   7/19
enter [1]   24/5
entered [4]   2/18 27/4 45/21
 46/11
entering [1]   31/18
entire [1]   12/10
entitled [2]   22/14 48/6
entrance [1]   37/10
equally [1]   42/9
Esquire [3]   1/15 1/18 1/18
essential [3]   24/13 25/2 31/22
estimate [1]   20/11
even [2]   7/23 40/18
events [1]   28/4

## F

ever [1]   43/8
everpH [8]   5/3 18/6 22/13 25/4
 26/1 29/20 29/5 34/18
everybody [2]   18/9 18/13
Everyone [1]   8/25
evidence [1]   28/10
exactly [1]   39/16
examine [1]   23/7
exceeding [2]   3/22 24/21
excelled [1]   38/3
excused [1]   47/24
Exhibit [3]   8/24 10/25 12/9
Exhibit No. 1 [1]   12/9
exhibits [1]   28/11
exit [1]   27/6
expecting [1]   13/15
expel [1]   27/23
expert [1]   27/21
experts [1]   27/21
explain [2]   41/19 41/22
explained [1]   6/25
explicit [1]   42/20
explosive [1]   27/24
expressly [2]   32/11 43/20
extent [1]   13/5
eye [2]   36/16 36/18
eyes [1]   36/8

## F

facial [1]   9/11
fact [5]   22/22 23/19 23/22
 31/22 39/3
factor [8]   41/10 41/15 42/11
 42/20 42/23 43/5 43/19 43/19
factors [5]   18/1 20/5 40/4 40/5
 45/8
facts [5]   19/20 25/20 26/1
 26/12 28/7
factual [1]   11/5 25/9 26/18
faith [1]   25/19
falls [1]   45/6
false [1]   5/2
falsely [1]   4/25
far [2]   5/4 8/15
fear [1]   37/3
February [1]   48/11
federal [10]   1/24 6/16 17/25
 20/15 20/19 20/20 33/4 42/18
 43/20 48/10
Federal Court [1]   20/19
feel [3]   6/6 7/11 35/5
felon [1]   41/12
felons [1]   42/16
felony [3]   13/21 33/12 41/19
few [2]   6/20 7/8
fifth [2]   24/25 42/20
fightin' [1]   6/12
file [1]   45/22
filed [1]   46/16
filing [1]   45/19
final [1]   34/16
finally [1]   19/14
find [7]   34/7 34/15 41/12 43/6
 43/15 44/14 44/16
finding [2]   27/7 31/16
fine [6]   7/10 15/14 29/15 29/18
 44/14 44/15
finish [1]   29/22
firearm [12]   3/23 14/3 15/25
 16/2 24/24 24/25 27/18 27/21
 27/23 28/1 28/2 41/13
first [8]   7/11 16/16 24/16

## F

first... [5]  25/16 29/22 33/4
40/7 44/5
five [8]  19/2 19/3 19/10 19/12
21/12 34/1 35/4 35/10
five-year [1]  35/4
Floor [1]  1/24
follow [3]  35/11 35/21 40/18
followed [2]  27/1 44/2
forbids [1]  41/24
force [2]  12/21 23/12
foregoing [1]  48/5
forfeit [1]  15/23
forfeiture [3]  15/20 44/18
44/20
formal [1]  44/19
Fort [3]  38/5 38/12 38/15
Fort Dix [3]  38/5 38/12 38/15
forth [1]  28/11
forward [3]  7/23 8/16 47/2
found [1]  27/10
four [6]  18/24 19/10 19/12
33/13 33/16 33/25
four-level [1]  33/16
fourth [2]  24/23 42/11
free [1]  13/17
front [1]  25/13
full [2]  3/6 9/25
fully [6]  5/18 5/22 7/17 8/15
10/6 31/18
fundamental [1]  45/15
further [5]  10/13 11/13 27/25
35/7 37/6
furtherance [1]  33/12
future [2]  36/3 42/15

## G

gauge [2]  3/24 27/20
gave [2]  25/18 30/1
GED [5]  43/8 43/9 43/12 44/12
44/13
general [3]  5/19 7/18 42/12
generally [1]  47/13
Germany [1]  28/1
Gerstenberger [2]  3/24 27/19
get [11]  12/17 17/9 18/17 19/5
29/21 33/9 37/7 37/13 37/15
43/8 43/9
getting [2]  42/1 42/2
give [6]  4/18 21/7 21/10 32/21
35/11 39/5
given [7]  6/1 8/11 15/11 24/7
29/10 35/5 36/22
giving [1]  27/12
glass [1]  39/5
go [8]  5/4 7/23 8/4 8/16 37/9
39/4 40/18 40/23
goes [1]  25/16
going [4]  17/7 17/7 17/8 42/18
gone [1]  26/21
good [10]  2/4 2/9 2/12 2/13
2/14 3/2 6/1 7/13 25/19 47/16
good-faith [1]  25/19
got [4]  13/2 25/13 39/2 41/22
Government [25]  9/2 10/13 10/16
11/1 11/14 11/17 12/10 13/3
15/24 19/18 22/6 22/8 24/14
24/16 25/3 27/14 28/7 28/10
28/13 29/12 29/15 32/5 35/3
35/5 44/19
Government's [7]  8/24 12/8 18/6

21/25 35/9 35/22 46/2
Government's Exhibit [1]  8/24
Grand [1]  3/19
Grand Jury [1]  3/19
granted [1]  44/18
grateful [1]  2/16
great [1]  15/9
greater [2]  20/6 43/24
ground [1]  30/24
guess [1]  31/9
guidelines [20]  9/11 11/6 17/23
17/25 18/4 19/14 19/20 19/25
20/3 20/4 20/7 33/5 33/6 34/9
34/17 35/8 42/25 43/20 45/6
45/7
guilt [1]  22/7
guilty [47]  2/19 2/21 4/2 4/3
4/4 4/14 4/14 4/15 4/16 10/12
11/13 12/18 13/11 13/17 13/18
13/21 13/21 13/22 14/5 15/15
15/24 16/13 17/9 17/13 17/17
17/20 21/15 21/18 21/19 21/22
24/6 24/12 25/8 26/19 29/5
29/10 30/15 31/8 31/14 31/14
31/15 31/20 31/20 31/24 34/18
45/14 45/16
gun [9]  15/21 27/10 27/12 37/14
39/5 41/14 41/20 41/25 42/7
guns [3]  37/2 39/3 42/17
gunshot [2]  40/11 41/6

## H

habitual [1]  36/23
had [13]  7/1 7/19 8/8 19/19
22/24 24/25 26/21 27/15 27/17
32/15 33/1 33/8 38/1
hadn't [1]  39/20
half [1]  30/4
hand [1]  3/3
happen [1]  36/12
happened [1]  22/22
hard [2]  6/7 18/18
harder [1]  41/18
has [16]  10/13 10/16 11/14
12/14 12/20 18/20 18/21 19/15
20/14 20/23 35/23 36/8 40/8
40/10 44/14 45/3
have [59]
haven't [1]  7/7 22/24
having [4]  3/21 32/16 41/25
42/7
he [29]  8/15 8/17 16/20 18/20
18/21 27/4 27/7 27/7 27/10
27/11 27/12 36/8 36/21 37/7
37/13 37/15 38/5 38/7 39/10
43/6 43/8 43/9 43/15 43/16
43/16 43/17 44/12 46/11 47/10
he's [5]  2/10 18/21 35/24 36/7
38/6
head [2]  36/11 40/11
health [1]  44/5
hear [4]  4/11 23/5 35/14 38/25
heard [6]  8/6 32/1 34/25 39/3
39/4 39/20
held [2]  23/20 23/24
her [3]  6/22 7/5 23/2
here [9]  2/7 8/10 17/8 22/2
30/22 36/1 36/2 37/1 37/3
hereby [1]  48/4
higher [1]  24/3
him [10]  8/9 8/13 8/14 27/8
35/4 36/2 36/4 37/5 40/19 43/18

himself [1]  42/14
his [9]  2/18 2/21 8/9 26/15
27/12 27/16 35/5 35/23 35/23
35/25 36/1 36/4 36/8 38/7 41/6
43/7 43/12 44/12 44/13
history [8]  18/14 19/3 19/24
33/25 34/1 34/8 40/7 40/8
hold [3]  13/24 31/9 39/5
holding [1]  27/13
homicide [2]  42/8 42/8
Honor [65]
HONORABLE [1]  1/11
hope [3]  35/9 37/4 38/8
hour [1]  30/5
hours [1]  44/22
housing [1]  14/1
how [16]  3/8 4/2 4/13 5/4 16/22
18/3 18/17 19/5 29/20 30/15
31/5 31/13 33/9 35/8 36/6 41/23
HVAC [2]  38/6 38/14

## I

I'd [2]  2/16 21/1
I'll [6]  4/21 29/3 35/14 37/2
38/3 47/12
I'm [11]  17/5 19/1 19/1 21/1
21/5 27/13 31/4 36/25 38/4
39/16 40/3
I've [12]  24/9 30/9 30/17 30/17
30/18 30/21 38/8 39/2 39/3
42/21 42/25 43/1
identified [1]  27/19
identities [1]  29/4
III [4]  18/14 19/4 34/2 34/8
illegal [1]  44/9
illness [1]  5/9
Immigration [1]  14/7
importantly [2]  7/12 12/5
impose [5]  10/17 11/21 13/13
20/6 21/11
imposed [7]  16/16 20/11 20/23
35/1 38/23 42/13 43/2
imposition [1]  16/14
imprisonment [3]  3/22 24/21
27/16
incarcerate [1]  43/18
incarcerated [4]  14/24 43/13
43/21 44/13
incarceration [11]  10/18 11/21
15/1 16/14 20/16 34/10 31/1
37/5 42/13 44/1 46/12
include [3]  29/6 34/19 47/10
included [1]  45/5
includes [1]  40/9
including [2]  9/8 17/17
inclusion [1]  47/2
increase [1]  33/16
independent [1]  31/21
indicate [2]  9/18 26/8
indicated [1]  24/11
indictment [9]  2/17 3/15 5/19
7/17 10/15 11/16 15/25 16/3
24/12
indulgence [1]  35/16
influence [1]  5/11
inform [1]  43/17
information [2]  40/23 47/2
informed [2]  8/16 31/18
injury [1]  41/6
innocent [1]  22/6
intend [1]  24/11
intention [1]  45/23

Case 1:16-cr-00341-JKB Document 183-8 Filed 02/15/17 Page 20 of 24

## I

intentional [1]   39/22
interaction [1]   8/6
interested [1]   38/6
interesting [1]   39/20
interstate [4]   3/25 25/1 28/2
  28/3
involuntary [1]   45/15
irrevocable [1]   31/7
is [133]
issue [1]   46/22
issues [1]   37/16
it [59]
it's [11]   2/20 25/11 30/7 31/7
  31/16 38/24 39/12 41/18 41/18
  41/20 42/10
item [1]   27/4
its [1]   9/2

## J

jacket [1]   47/14
JAMES [1]   1/11
January [4]   3/20 24/17 26/22
  27/15
January 18th [4]   3/20 24/17
  26/22 27/15
JKB [2]   1/4 2/6
JKB-16-0341 [1]   1/4
joint [1]   11/20
jointly [3]   11/18 29/11 36/2
JONES [40]   1/5 2/5 2/10 2/13
  2/24 3/2 3/4 3/7 3/21 4/11 4/16
  5/18 9/4 9/14 9/25 11/12 11/15
  12/5 14/20 16/7 17/2 19/13
  25/22 26/24 27/11 28/6 29/9
  29/21 31/17 32/15 35/4 35/12
  35/22 37/3 38/3 38/22 39/19
  41/22 42/14 45/13
judge [3]   1/11 2/19 17/4
judgment [4]   41/1 45/5 46/13
  47/3
July [2]   2/18 2/20
July 22nd [1]   2/20
July 6th [1]   2/18
jumped [1]   27/1
jury [7]   3/19 13/25 21/22 22/2
  22/3 22/8 25/5
just [22]   4/21 6/20 7/8 7/10
  7/18 18/17 24/9 27/13 28/14
  31/9 32/4 35/2 35/21 36/16 39/8
  39/10 39/19 39/24 41/17 42/21
  47/1 47/5
juvenile [3]   18/22 19/9 40/9

## K

Katherine [1]   6/17
Katherine Newberger [1]   6/17
keep [1]   13/25
keeps [1]   31/7
kind [2]   14/3 30/7
know [18]   6/7 6/24 6/25 8/12
  8/12 17/2 30/13 30/14 30/14
  31/2 36/25 36/25 37/2 39/11
  39/16 41/18 41/23 47/1
knowing [1]   31/21
knowingly [2]   3/23 24/23

## L

labeled [1]   25/10
last [4]   35/15 39/25 41/3 43/19
later [1]   5/1

law [3]   30/17 41/16 41/24
lawyer [38]   1/18 2/10 2/15
  2/22 5/14 5/20 7/4 7/12 8/6
  8/19 9/21 10/2 10/7 12/3 14/10
  14/18 16/19 22/23 26/11 29/17
  32/7 32/13 32/25 33/19 34/5
  34/13 35/7 35/14 35/20 37/20
  38/20 40/14 43/7 44/24 46/7
  46/21 47/20
laws [1]   17/25
lawyer [11]   7/18 10/2 18/3 18/6
  18/6 20/12 21/24 21/25 23/6
  32/16 45/19
lawyers [9]   4/21 5/20 5/25 6/3
  6/6 7/21 8/4 21/6 30/19
Lazy [4]   27/5 27/5 27/9 27/19
Lazy Susan [4]   27/5 27/5 27/9
  27/19
learn [1]   38/7
least [2]   24/19 36/22
left [1]   22/2
legal [5]   5/22 6/4 6/9 7/13
  7/14
lesser [1]   20/7
let [3]   3/18 11/7 29/10
let's [2]   11/9 33/8
level [7]   18/8 18/12 18/12 33/8
  33/16 34/8 35/8
levels [2]   18/10 33/21
licenses [1]   14/2
life [2]   36/4 38/7
light [1]   45/7
like [7]   6/6 7/11 14/1 37/8
  39/4 39/22 40/23
lines [1]   28/14
listen [1]   4/19
little [1]   37/3
loans [1]   14/1
locked [1]   43/16
Lombard [1]   1/24
long [4]   6/15 7/8 29/23 30/7
looks [1]   27/6
lose [1]   14/4
lot [3]   30/24 37/15 39/3
lower [1]   35/9

## M

ma'am [1]   38/17
made [5]   12/10 12/12 12/14
  12/20 30/21
Madiou [9]   1/18 2/10 2/15 5/20
  7/4 7/13 8/8 8/13 22/23
Magistrate [1]   2/19
Magistrate Judge [1]   2/19
make [9]   7/10 13/6 29/3 30/10
  40/22 44/11 47/5 47/14 47/17
making [2]   5/2 45/4
man [1]   35/10
mandatory [2]   35/5 45/2
manufactured [1]   28/1
many [1]   42/1
marked [1]   8/23
marshal [1]   47/23
MARYLAND [8]   1/1 1/9 1/25 3/19
  3/21 24/19 28/3 28/5
matter [5]   7/14 33/1 41/20
  42/10 48/6
matters [1]   10/15
maximum [5]   14/15 14/20 14/25
  15/14 30/14
may [23]   2/3 3/6 4/6 5/1 13/13
  13/14 13/23 14/4 15/9 15/10

15/13 15/17 15/22 16/14 17/15
  17/21 20/5 20/12 26/18
  40/12 45/17 47/7
McLane [26]   1/15 2/3 2/6 8/19
  9/1 12/1 14/8 14/16 15/20 16/4
  16/25 18/19 25/17 25/18 26/18
  28/14 31/25 32/5 33/9 34/3
  34/11 34/23 34/25 45/10 46/3
  46/19
me [18]   3/18 4/5 4/11 4/18 4/21
  5/6 9/4 11/7 13/3 18/7 18/13
  21/25 25/22 29/10 30/1 31/1
  31/6 37/18
mean [2]   31/10 36/25
means [1]   6/7
medicine [1]   5/12
members [1]   21/25
mental [2]   5/8 44/5
mess [1]   36/16
message [1]   42/16
Michael [2]   1/18 2/10
Michael Lawlor [1]   2/10
might [9]   17/10 18/4 36/5 36/7
  37/7 37/11 37/15 39/5 40/18
mind [2]   5/15 43/1
mine [1]   27/12
minimum [1]   35/5
minor [1]   40/10
minute [2]   7/16 11/11
Miranda [1]   27/12
misconduct [3]   24/17 24/18
  42/15
modification [1]   10/22
moment [1]   37/21
months [4]   10/18 34/9 43/22
  44/1
months' [1]   11/21
more [10]   8/3 10/18 11/10 13/14
  17/10 21/11 27/16 32/4 39/12
  39/19
most [2]   7/12 12/5
motion [2]   44/19 46/2
move [2]   2/16 32/3
Mr. [76]
Mr. Jones [33]   2/10 2/24 3/2
  4/11 4/16 5/18 9/4 9/14 9/25
  11/12 11/15 12/5 14/20 16/7
  17/2 19/13 25/22 26/24 27/11
  28/6 29/9 29/21 32/15 35/4
  35/12 35/22 37/3 38/3 38/22
  39/19 41/22 42/14 45/13
Mr. Lawlor [36]   2/8 2/15 2/22
  5/14 5/20 7/4 7/12 8/6 8/19
  9/21 10/2 10/7 12/3 14/10 14/18
  16/19 22/23 26/11 29/17 32/7
  32/13 32/25 33/19 34/5 34/13
  35/7 35/14 35/20 37/20 38/20
  40/14 43/7 44/24 46/7 46/21
  47/20
Mr. Madiou [7]   2/15 5/20 7/4
  7/13 8/8 8/13 22/23
Ms. [33]   2/3 6/19 7/12 8/12
  8/19 9/1 12/1 14/8 14/16 15/20
  16/4 16/25 18/19 22/11 23/1
  25/17 25/18 26/18 28/14 31/25
  32/5 33/9 34/3 34/11 34/23
  34/25 37/25 38/10 41/3 43/12
  45/10 46/3 46/19
Ms. McLane [24]   2/3 8/19 9/1
  12/1 14/8 14/16 15/20 16/4
  16/25 18/19 25/17 25/18 26/18
  28/14 31/25 32/5 33/9 34/3

**M**

Ms. McLane... [6]  54/11 54/23
  34/25 45/10 46/3 46/19
Ms. Newberger [5]  6/19 7/12
  8/12 23/1 37/25
Ms. Smith [4]  22/11 38/10 41/3
  43/12
much [1]  16/22
must [6]  4/17 17/12 25/9 29/2
  42/13 45/22
my [13]  2/11 2/20 4/25 8/6 9/9
  9/11 9/13 26/1 35/22 36/18 37/8
  37/9 40/25

**N**

name [1]  3/6
named [3]  6/16 15/25 16/2
nature [2]  31/19 41/11
necessary [3]  6/22 14/7 43/25
need [10]  4/20 7/14 8/3 41/16
  41/7 42/11 42/20 42/23 43/4
  47/1
needs [2]  43/6 43/15
never [1]  39/4
new [1]  39/20
Newberger [6]  6/17 6/19 7/12
  8/12 23/1 37/25
next [3]  22/12 35/14 44/22
nexus [1]  27/25
Nicholas [2]  1/18 2/10
Nicholas Madiou [1]  2/10
no [43]  1/4 3/12 5/7 5/10 5/10
  5/13 5/17 8/5 8/11 10/18 10/19
  12/11 12/15 12/19 12/23 12/25
  14/9 14/11 18/24 19/1 21/4
  22/20 23/3 23/23 24/7 32/10
  32/22 34/12 34/14 34/15 34/24
  38/21 39/1 39/7 39/17 39/22
  39/23 44/14 44/14 44/16 46/20
  47/8 47/21
No. [6]  2/6 3/25 8/24 10/25
  12/9 27/20
No. 1 [2]  8/24 10/25
No. JKB-16-0341 [1]  2/6
non [1]  42/8
non-homicide [1]  42/8
nonbinding [1]  11/19
none [3]  27/7 32/2 44/17
nonetheless [1]  11/20
NORTHERN [1]  1/2
not [52]
note [1]  40/25
noted [2]  43/20 45/3
nothing [1]  39/12
notice [1]  17/16 26/24 36/7
  45/22
now [6]  4/24 7/12 10/24 24/13
  30/5 31/1 31/24 40/6
number [2]  4/17 10/22
numeral [1]  18/14

**O**

o'clock [1]  26/22
oath [1]  4/25
objection [1]  44/23
objective [2]  41/25 43/1
objectives [1]  42/14
obtain [4]  13/25 14/2 37/6 38/1
Obviously [1]  42/21
occur [1]  28/4
occurred [2]  24/17 24/19

off [6]  4/7 4/8 18/10 33/22
  37/14 44/13
offense [23]  13/20 13/21 13/22
  14/15 15/18 16/13 18/8 18/8
  18/12 18/12 20/19 21/18 25/3
  31/22 31/24 31/25 33/8 33/17
  34/8 41/11 41/16 42/5 42/6
office [1]  13/24
officer [6]  27/8 27/9 27/18
  40/17 47/6 47/7
officers [2]  26/23 27/1
Official [2]  1/24 48/10
Oh [1]  10/23
okay [12]  3/14 4/22 7/3 11/9
  21/5 25/16 28/9 28/19 33/15
  40/2 41/7 47/20
old [2]  3/8 36/6
once [1]  41/23
one [28]  2/17 3/22 4/5 11/10
  16/23 16/24 18/20 18/21 18/24
  19/7 19/8 22/19 24/21 25/4
  26/16 26/25 27/16 32/4 36/8
  37/21 37/24 38/3 39/4 40/6 40/9
  40/9 41/21 46/22
one-count [1]  2/17
one-year [1]  16/24
only [2]  7/25 46/25
open [1]  29/8
operable [1]  27/22
opportunity [6]  10/1 19/19
  32/16 33/1 36/3 37/6
option [1]  32/16
options [1]  8/9
order [10]  12/21 15/18 17/15
  24/15 28/22 28/25 35/11 44/19
  46/11 46/13
ordered [6]  14/23 14/25 44/15
  44/17 45/2 46/2
ordinarily [2]  20/18 20/23
originate [1]  46/24
other [13]  10/23 12/11 18/1
  22/13 24/8 37/6 37/24 43/2 43/2
  45/15 46/15 46/22 47/18
otherwise [5]  10/14 11/14 28/25
  37/7 37/11
out [10]  12/9 18/1 20/6 27/1
  29/2 33/6 40/4 43/17 43/25 45/8
outlined [1]  28/14
over [7]  8/25 17/10 22/2
owing [1]  44/16
own [3]  13/17 23/10 30/19

**P**

p.m [2]  2/2 48/1
page [4]  8/25 9/6 11/5 25/11
Page 4 [1]  11/5
Page 7 [1]  8/25
Page 8 [1]  25/11
painkillers [1]  36/22
paragraph [2]  9/5 25/23
parole [6]  16/12 16/15 20/14
  20/16
part [9]  9/9 9/12 11/23 14/24
  21/6 24/19 26/1 26/3 29/22
participant [1]  29/2
particular [3]  6/24 38/15 41/22
particularly [1]  8/11
parties [6]  13/6 17/17 21/1
  21/5 29/11 36/2
party [1]  13/2
path [1]  36/4
Patricia [2]  1/15 2/6

Patricia McLane [1]  2/6
pattern [1]  39/3
pay [6]  15/14 15/18 17/12 22/24
  23/2 44/14
penalties [1]  30/14
penalty [2]  14/15 14/21
people [3]  41/19 41/24 42/1
period [2]  37/4 37/5 42/18
perjury [1]  5/2
permit [2]  36/2 38/9
permits [1]  14/2
permitted [3]  17/25 23/6 23/12
permitting [1]  13/10
persist [1]  21/19
person [2]  20/19 20/22
persons [1]  29/4
persuade [1]  12/24
pick [2]  7/5 42/16
place [3]  16/16 46/6 46/12
placed [2]  27/4 38/5
placing [1]  34/1
Plaintiff [2]  1/3 1/14
plea [49]
plead [15]  4/2 4/13 10/12 11/13
  12/18 13/21 14/5 17/9 21/15
  21/18 24/11 30/15 31/5 31/8
  31/13
pleading [2]  13/17 16/13
please [8]  2/3 3/1 3/2 4/19
  8/25 9/4 25/10 35/16 37/19 41/2
  44/22
pled [1]  21/21
point [3]  29/1 29/21 47/17
pointer [2]  19/6 19/6
points [2]  19/3 34/1
policy [2]  29/5 34/18
poorly [2]  39/19 39/19
portion [1]  28/24
position [2]  29/11 32/4
possess [4]  3/23 14/2 42/17
  44/9
possessed [1]  24/24
possession [1]  41/12
possible [3]  14/15 17/19 17/24
posttraumatic [2]  40/12 41/5
pre [1]  18/15
pre-plea [1]  18/15
preaching [1]  37/1
preparation [1]  32/12
prepare [2]  8/8 11/2
prepared [4]  32/17 43/1 46/13
  46/14
present [4]  2/10 23/10 23/23
  32/1
presentence [6]  19/15 29/13
  32/10 32/12 32/17 32/20
Presstman [1]  26/24
Presstman Street [1]  26/24
presumed [1]  22/6
previous [2]  18/20 18/25
previously [3]  42/6 46/2 46/11
prior [7]  18/21 19/6 27/14 40/8
  40/11 41/6 41/19
prison [6]  14/16 14/21 15/9
  15/10 37/9 42/18
Prisons [9]  38/5 40/15 40/19
  40/23 43/10 45/4 46/17 46/23
  47/3
private [1]  4/22
probation [7]  16/12 16/15 18/21
  19/21 40/17 47/6 47/6
problem [1]  47/8

## P

Procedure [1]   28/20
proceed [5]   5/15 29/12 29/20
 32/5 32/8
proceeding [5]   11/3 29/2 29/6
 34/19 45/16
proceedings [4]   22/13 28/19
 28/24 48/6
proceeds [2]   27/7 28/21
productively [1]   46/18
proffer [1]   26/18
program [2]   38/6 38/15
progress [2]   43/12 44/11
projectile [1]   27/24
promises [2]   12/11 12/14
promote [1]   41/16
property [1]   15/23
proposed [1]   19/20
proposing [1]   13/20
prosecute [2]   10/14 11/14
prosecution [1]   5/1
protect [2]   42/19 42/21
prove [11]   22/7 24/14 24/16
 24/18 24/20 24/23 24/25 25/4
 25/20 28/7 28/13
proven [1]   26/22
provide [5]   17/16 37/5 37/10
 41/17 43/4
provided [2]   20/12 39/21
provision [1]   33/11
PSTD [1]   36/18
PTSD [2]   36/19 36/20
public [5]   6/16 13/24 14/1
 42/19 42/21
punishable [3]   3/22 24/21 27/16
punishment [1]   41/17
purpose [1]   41/25
purposes [1]   43/25
pursuant [1]   27/23

## Q

qualify [1]   37/11
qualifying [1]   19/9
question [6]   5/14 15/21 22/12
 23/6 25/16 29/10
questions [5]   4/17 4/18 4/25
 29/23 30/1

## R

raise [2]   3/2 18/9
range [3]   19/15 34/9 45/6
rate [2]   42/8 42/9
rather [1]   35/8
RDAP [2]   37/13 38/10
RDR [3]   1/23 48/4 48/8
read [9]   3/18 4/11 9/4 9/7 10/1
 10/20 11/7 25/22 25/25
Reading [2]   9/7 25/25
ready [5]   7/22 8/16 31/4 32/5
 32/7
really [2]   38/3 43/17
Realtime [1]   48/9
rearraignment [2]   1/13 2/7
reason [1]   30/9
reasonable [2]   22/7 25/4
reasons [1]   46/14
receive [5]   41/4 43/16 43/17
 44/5 44/7
received [3]   3/15 5/23 7/13
recently [2]   5/8 8/1
recess [1]   47/25

recommend [4]   10/17 11/19 37/18
 38/4
recommendation [9]   11/19 11/20
 11/20 13/8 13/9 13/10 35/11
 41/3 43/11
recommendations [3]   13/7 40/25
 45/3
recommended [1]   29/11
recommending [1]   36/2
record [9]   4/7 4/8 4/10 28/25
 29/4 29/8 32/11 35/23 48/6
records [5]   38/1 41/20 42/24
 46/15 46/15
recovered [2]   27/18 28/4
referenced [1]   38/1
referred [2]   10/15 11/15
reflect [4]   8/9 18/10 33/22
 39/18
reflected [1]   43/1
Registered [1]   48/9
reject [1]   13/10
relating [1]   44/19
relation [3]   10/14 11/15 41/5
relationship [1]   30/19
release [10]   14/25 15/4 15/8
 15/10 16/12 16/15 37/5 44/2
 44/4 46/6
released [2]   15/1 20/16
remain [3]   28/25 29/4 46/10
remanded [1]   47/22
Repeat [1]   6/5
report [9]   19/15 29/13 32/10
 32/12 32/17 32/21 40/17 40/21
 47/11
reported [2]   1/22 19/19
Reporter [4]   1/24 48/9 48/9
 48/10
represent [4]   7/4 22/15 22/19
 22/24
representation [6]   5/23 7/5
 7/13 7/14 9/13 25/19
represented [1]   6/16
representing [5]   6/19 6/23 7/7
 7/25 26/12
request [4]   40/22 44/18 46/6
 46/6
requests [1]   34/11
require [1]   15/23
required [6]   15/5 15/13 21/14
 22/7 38/24 40/3
requires [1]   43/10
respect [3]   8/7 29/11 41/16
respond [1]   4/19
response [1]   4/18
responsibility [3]   18/11 33/22
 36/1
restitution [2]   15/18 44/16
restored [1]   27/17
result [2]   16/17 36/10
resulted [1]   36/23
return [1]   15/10
returned [3]   2/17 3/16 15/9
review [2]   11/9 24/12
reviewed [6]   9/9 9/10 10/6 26/1
 26/12 32/17
revolver [2]   3/24 27/20
right [53]
rights [9]   13/23 14/5 24/8
 27/12 27/17 30/11 30/18 31/2
 45/20
Roman [1]   18/14
RONALD [7]   1/5 2/5 2/13 3/4 3/7

3/21 31/17
roof [1]   43/8
routine [1]   41/12
Rule [1]   28/20
Rule 11 [1]   28/20
rules [2]   28/20 30/16
run [2]   26/25 41/20

## S

said [5]   11/11 12/6 18/25 38/8
 40/17
same [2]   8/13 9/5
sanction [1]   16/16
satisfaction [2]   22/8 25/5
satisfied [5]   5/22 9/13 25/9
 27/22 31/1
saw [1]   26/24
say [3]   31/10 37/25 38/3
saying [3]   7/19 19/10 39/16
school [1]   5/4
score [1]   33/25
seal [1]   11/24
sealed [9]   9/8 11/22 11/23 12/9
 12/17 28/22 28/23 28/24 28/25
seated [1]   22/1
second [8]   4/5 24/18 31/5 31/10
 35/12 39/25 41/10 44/7
section [6]   18/2 20/5 40/5
 40/25 44/1 45/9
Section 3553 [3]   20/5 40/5 45/9
security [1]   39/5
see [3]   23/5 25/14 33/8
seeing [1]   37/8
seen [2]   27/5 35/23
segment [1]   28/21
selecting [1]   21/25
send [1]   42/16
sentence [23]   10/17 11/19 11/21
 13/14 14/24 16/24 17/22 20/6
 20/10 20/23 21/11 21/11 29/12
 35/1 36/1 37/14 38/23 43/3
 43/23 43/24 45/6 45/17 47/18
sentenced [2]   20/15 32/18
sentences [1]   43/2
sentencing [27]   1/13 13/7 13/8
 17/23 17/25 18/1 18/4 19/25
 20/3 20/7 29/6 29/12 30/17 32/3
 32/5 32/8 33/5 33/6 34/16 34/19
 40/3 40/18 42/24 43/20 45/7
 46/16 46/17
separately [1]   11/24
September [1]   1/8
Serial [2]   3/25 27/20
Serial No. 31409 [2]   3/25 27/20
series [1]   29/23
serious [4]   41/20 42/2 42/5
 42/10
seriousness [1]   41/15
serve [3]   13/25 14/25 22/2
service [1]   39/21
services [2]   37/7 37/10
set [6]   18/1 20/5 33/6 40/4
 43/25 45/8
sets [1]   12/9
seventh [1]   43/5
severe [1]   13/14
shall [2]   28/25 46/10
she [5]   6/24 6/25 7/1 40/17
 47/10
shimmying [1]   27/5
shooting [1]   42/9
shop [1]   39/4

**S**

short [2]   3/24 27/20
short-gauge [2]   3/24 27/20
shot [4]   36/10 41/23 42/1 42/2
should [4]   18/10 35/1 37/25
 45/19
show [2]   27/3 27/14
sic [2]   9/11 36/18
side [1]   35/22
sides [1]   33/24
sign [4]   9/18 9/21 26/16 44/23
signature [2]   9/5 25/23
signed [5]   9/1 10/4 25/18 26/8
 26/11
significant [1]   42/18
similar [2]   42/24 43/2
sir [5]   2/13 12/19 12/23 12/25
 39/1
situation [1]   43/7
six [1]   18/23
sixth [1]   42/23
slight [1]   10/22
Smith [4]   22/11 38/10 41/3
 43/12
so [35]   4/6 4/18 7/22 8/15
 10/23 11/9 17/4 18/23 21/5
 23/18 25/20 25/22 28/6 28/9
 28/11 29/21 31/4 32/1 33/10
 33/15 36/25 37/4 37/12 38/3
 38/7 39/2 39/12 41/18 41/24
 42/1 42/5 42/10 43/11 43/17
 45/23
some [7]   8/13 18/8 37/16 41/18
 41/18 42/18 45/15
somebody [1]   39/13
somehow [1]   45/14
someone [2]   12/21 27/13
something [1]   39/8 39/24
sometimes [2]   37/8 37/9
sorry [2]   19/1 19/1
sort [5]   35/21 36/3 36/25 41/21
 42/15
sound [1]   39/21
speak [4]   4/20 38/24 38/24 39/1
special [3]   17/13 44/3 45/1
specific [2]   33/16 42/12
specifically [3]   9/10 15/24
 40/25
specified [1]   20/7
spent [1]   8/12
spot [1]   39/9
stage [1]   22/13
standard [1]   9/22
started [1]   31/5
stashing [1]   39/10
state [4]   3/6 27/21 28/3 28/4
stated [2]   11/25 27/12
statement [9]   5/2 9/14 9/22
 25/25 26/4 26/11 28/16 33/13
 46/14
STATES [13]   1/1 1/3 1/16 2/5
 2/7 15/23 17/23 18/2 20/4 26/21
 31/17 40/4 45/8
stating [1]   28/1
status [1]   14/7
stenographic [1]   48/5
step [1]   29/2
stipulation [2]   33/24 34/3
stipulations [1]   9/11
stop [3]   4/20 4/21 42/1
store [4]   26/25 27/2 27/3 27/4

straight [1]   30/22
street [5]   1/24 35/11 35/20
 41/13 41/20
stress [2]   40/13 41/5
strikes [1]   37/12
Striking [1]   11/11
student [1]   14/1
stuff [1]   6/24
subject [2]   15/4 16/14
subjecting [1]   35/4
submit [1]   44/19
subpoena [1]   23/12
such [1]   13/23
suffer [1]   40/12
sufficient [1]   43/24
supervised [9]   14/25 15/4 15/8
 15/10 16/12 16/15 37/5 44/2
 44/3
supervision [6]   15/4 19/8 44/6
 44/8 44/10 44/12
supplement [6]   9/8 11/22 11/23
 12/9 12/17 28/23
supplemental [2]   40/17 40/20
supplied [1]   11/1
supported [1]   31/21
sure [6]   7/10 30/10 30/21 40/21
 43/6 47/5
surrender [2]   46/6 46/9
Susan [4]   27/5 27/5 27/9 27/19
suspended [1]   16/24
swear [1]   3/1
SWORN [1]   3/4
system [2]   20/15 37/10

**T**

take [10]   12/18 41/10 41/15
 42/11 42/20 44/18 46/1 46/5
 46/23 47/8
talk [3]   4/22 7/21 8/3
talked [4]   18/3 30/17 30/18
 30/18
talking [1]   37/16 42/7
tell [6]   4/21 11/2 18/7 18/13
 39/2 47/6
ten [2]   14/15 14/21
term [10]   3/22 10/7 14/25 15/1
 15/9 15/9 20/16 24/21 42/12
 43/21
terms [11]   9/2 10/11 11/5 11/9
 11/11 13/6 15/8 37/14 37/15
 44/3 46/10
testify [3]   23/15 23/18 23/19
testifying [1]   23/7
testimony [4]   23/10 27/21 27/25
 28/10
than [8]   10/18 13/14 20/7 21/11
 27/16 35/9 39/12 43/24
Thank [13]   2/4 3/5 3/14 8/18
 26/20 35/13 35/19 38/17 41/8
 44/21 45/12 46/20 47/25
that [302]
that's [20]   6/25 8/22 9/3 10/20
 13/14 16/2 17/8 18/11 18/17
 20/23 25/21 29/20 33/12 33/13
 35/8 39/17 39/19 42/19 46/4
 47/8
their [7]   7/22 26/24 28/10
 28/10 28/11 28/13 37/9
them [13]   4/22 5/23 17/5 20/24
 22/24 23/12 23/12 24/9 37/10
 39/5 40/6 42/17 42/17
then [16]   6/22 7/3 14/24 18/21

20/6 21/22 27/6 31/13 34/7 34/9
 34/15 35/14 46/1 47/12
 47/13
there [41]   5/14 8/19 9/1 10/23
 11/4 11/4 12/11 13/7 16/5 17/10
 18/15 18/16 18/17 19/5 20/6
 24/6 27/3 27/20 27/25 28/6 28/9
 31/25 32/2 32/10 33/10 33/24
 34/11 34/21 36/22 37/24 38/2
 38/2 38/3 38/6 40/5 44/3 45/11
 45/12 46/25 46/25 47/17
there's [5]   10/21 25/9 36/21
 39/12 45/15
thereby [1]   25/18
therefore [3]   27/22 28/2 31/23
thereunder [1]   20/8
these [12]   5/25 6/3 6/6 7/21
 8/3 17/19 24/14 25/2 25/4 25/20
 28/4 46/15
they [16]   7/7 7/25 11/14 11/18
 17/5 18/13 20/19 26/24 32/1
 37/11 38/5 38/14 39/5 39/14
 39/14 40/20
they'd [4]   24/18 24/20 24/23
 24/25
they'll [1]   47/14
they're [2]   17/7 17/7
they've [1]   6/12
thing [2]   7/21 37/24
things [3]   8/13 24/14 38/4
think [10]   25/24 35/25 37/9
 39/14 39/17 41/21 43/9 45/10
 46/22 46/24
thinking [1]   30/21
third [4]   17/16 24/20 41/15
 44/11
this [71]
those [7]   4/18 14/4 17/25 23/11
 28/7 42/14 45/4
though [7]   7/23 30/9 31/6 35/9
 36/3 39/22 47/17
thought [1]   39/24
threats [1]   12/20
three [5]   15/1 18/10 19/6 33/21
 44/2
three-pointer [1]   19/6
through [3]   7/22 29/23 42/8
Thursday [1]   1/8
time [17]   4/20 6/15 7/19 8/3
 8/8 8/12 11/10 15/11 16/13
 16/19 16/20 17/10 26/24 27/8
 31/6 32/4 37/14
Title [2]   18/2 45/8
Title 18 [2]   18/2 45/8
today [13]   2/20 5/6 5/16 7/23
 8/16 17/8 29/13 30/22 32/1
 40/18 45/23 46/6 46/18
together [5]   11/18 12/9 16/3
 16/6 46/15
told [3]   6/24 21/1 21/5
took [1]   27/8
toward [1]   44/11
training [3]   43/4 43/5 43/15
trajectory [1]   35/24
transcript [2]   28/22 48/5
travel [1]   28/2
traveled [1]   25/1
treated [1]   5/8
treatment [7]   41/5 43/5 43/5
 43/6 43/16 44/6 44/8
trial [17]   21/22 22/5 22/12
 23/4 23/15 23/19 23/23 24/2

## T

trial... [9]   24/7 24/8 24/9
 25/20 26/21 28/6 28/9 30/15
 30/15
trigger [1]   17/10
trouble [1]   5/6
true [5]   6/25 9/16 26/6 28/17
 32/13
trust [1]   47/3
try [2]   12/17 42/1
turn [3]   8/25 25/10 38/20
two [6]   19/1 19/6 19/8 19/8
 33/24 46/25
two-pointer [1]   19/6

## U

U.S. [3]   14/12 46/17 46/17
U.S. Bureau [1]   46/17
U.S. citizen [1]   14/12
U.S. Sentencing Commission [1]
 46/17
U.S.C [2]   27/23 43/25
ultimately [2]   20/11 34/8
unanimous [2]   22/8 25/5
under [15]   4/24 5/11 10/11
 11/11 11/24 20/4 28/19 33/11
 33/16 39/5 44/6 44/8 44/9 44/12
 46/10
understand [56]
understanding [4]   2/20 2/22 5/6
 14/16
UNITED [13]   1/1 1/3 1/16 2/5
 2/7 15/23 17/23 18/2 20/4 26/21
 31/17 40/4 45/8
United States [5]   2/5 2/7 17/23
 26/21 31/17
United States Code [4]   18/2
 20/4 40/4 45/8
unlawful [2]   45/14 45/18
unlawfully [1]   3/23
unless [1]   21/11
until [4]   6/20 19/15 28/25
 46/11
unwarranted [1]   42/23
up [16]   2/16 6/19 7/5 16/19
 16/20 18/12 21/7 21/10 24/7
 29/22 32/21 35/21 36/16 39/8
 42/16 43/16
upon [3]   15/10 25/19 35/1
upper [1]   35/8
us [4]   18/11 29/18 33/21 33/22
use [2]   36/23 44/9
used [4]   5/1 11/2 12/20 33/11

## V

valuable [1]   13/23
version [2]   10/25 21/3
versus [2]   2/5 31/17
very [7]   7/8 7/25 35/2 35/24
 36/4 41/12 47/16
victim [1]   15/18
victims [3]   17/17 31/25 34/21
video [1]   27/3
view [2]   18/13 33/15
violate [1]   15/7
violation [1]   16/15
violence [1]   12/21
vocational [1]   38/15
voluntarily [3]   9/10 23/11 26/2
voluntary [4]   26/16 31/21 46/6
 46/9

vote [1]   13/24

waive [4]   21/7 21/10 32/21
 32/23
waived [4]   24/7 32/12 45/16
 45/20
want [14]   2/24 4/13 6/23 7/10
 7/18 24/12 32/20 32/21 32/23
 37/18 38/24 39/1 40/14 40/24
warranted [1]   33/16
was [33]   2/17 3/15 6/19 16/24
 18/15 18/16 23/1 27/3 27/11
 27/11 27/18 27/21 28/1 28/3
 28/6 28/8 28/9 33/11 35/6 36/21
 36/22 38/1 38/2 39/8 39/10
 39/22 39/24 41/14 43/17 45/14
 45/16 46/1 47/18
way [2]   23/20 47/5
we [23]   2/7 4/21 8/4 10/22
 11/23 18/17 19/5 24/13 26/21
 29/1 29/20 29/21 33/4 33/8 33/9
 35/8 37/24 37/25 38/1 40/18
 42/7 46/18 47/3
We'll [1]   32/3
We're [4]   4/7 14/14 29/8 42/7
We've [2]   30/4 30/24
weeks [2]   6/20 7/8
welcome [2]   38/18 41/9
well [10]   9/22 18/20 18/22 21/1
 21/2 24/8 25/16 26/12 29/10
 29/18
went [2]   27/9 29/23
were [13]   3/10 6/15 16/12 24/1
 24/20 26/23 33/10 36/13 37/25
 39/14 42/6 42/6 46/25
weren't [1]   39/14
what [18]   2/24 11/2 11/11 12/6
 17/7 18/23 19/10 24/13 28/8
 30/13 30/14 30/16 31/2 31/10
 33/13 33/13 38/14 39/16
what's [2]   17/8 43/7
whatever [1]   6/24
when [9]   3/10 3/12 20/18 31/6
 31/10 36/12 36/13 45/21 47/13
where [5]   16/22 18/12 31/4
 41/13 42/7
whether [6]   5/15 7/16 29/7
 34/20 43/18 45/20
which [12]   11/2 13/14 13/20
 16/13 17/24 27/3 27/8 28/22
 32/12 35/1 42/25 43/20
while [13]   13/9 15/3 29/3 35/22
 37/8 43/13 43/16 43/17 44/6
 44/8 44/9 44/12 44/13
who [6]   22/2 29/1 29/4 41/19
 41/24 42/16
whole [1]   37/15
why [1]   41/19
wider [1]   42/16
will [39]   4/21 8/23 10/13 10/17
 11/2 11/14 11/18 11/23 13/9
 13/18 17/11 17/20 17/22 19/14
 19/24 20/5 20/16 22/19 24/7
 24/7 29/1 29/18 29/20 33/4
 35/14 37/5 38/9 40/5 40/20
 40/24 44/19 44/23 45/2 45/4
 46/13 46/14 46/16 46/23 47/3
willing [1]   47/10
wish [7]   9/12 26/3 29/12 32/1
 34/21 34/25 45/22
wishes [1]   2/21

wit [1]   3/23
withdraw [3]   6/23 7/1 13/10
within [2]   45/6 45/23
without [3]   13/10 29/13 44/23
witnesses [4]   23/5 23/7 23/10
 23/11
word [1]   35/15
working [1]   6/7
worst [1]   35/23
would [39]   2/16 9/4 18/9 18/24
 19/2 21/22 21/25 22/1 22/2 22/5
 22/6 23/5 23/6 23/9 23/11 23/11
 23/14 23/17 24/14 24/16 26/21
 27/3 27/14 27/19 27/20 27/21
 27/23 27/25 29/15 30/16 30/16
 33/11 35/11 36/2 39/18 40/22
 40/22 41/21 42/3
wouldn't [1]   37/13
wound [1]   40/11
written [1]   11/5

## Y

Yeah [6]   12/13 13/4 29/25 30/12
 31/3 40/1
year [2]   2/18 3/23 16/24 16/24
 24/22 27/16 35/4
years [6]   14/15 14/21 15/1
 21/12 35/10 44/2
Yes [132]
yet [1]   43/9
yields [1]   33/25
you [272]
you'd [1]   7/16
you'll [2]   15/4 15/5
you're [21]   2/13 4/24 7/10 8/15
 13/20 14/23 15/1 15/3 16/11
 16/13 19/10 21/14 22/14 30/13
 30/21 31/2 32/18 37/16 38/18
 38/23 41/9
you've [9]   5/23 8/6 10/12 11/12
 11/12 13/2 24/11 26/12 33/1
young [2]   35/10 41/19
your [158]
Your Honor [39]   2/4 2/9 2/12
 8/22 9/3 10/21 14/17 16/5 18/16
 25/21 26/20 29/16 32/2 33/10
 33/18 35/2 35/3 35/3 35/21 35/21
 35/25 36/5 36/7 36/21 37/4
 37/17 37/21 37/24 39/10 40/16
 43/10 44/21 44/25 45/12 46/4
 46/8 46/20 46/22 47/2 47/16
yours [1]   34/5
yourself [2]   23/15 41/22
youth [1]   37/2

## Z

zealous [2]   6/4 6/7
Zweizig [3]   1/23 48/4 48/8